UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DERICO THOMPSON #234651,       Case No. 2:20-cv-158

       Plaintiff,      Hon. Robert J. Jonker
                                                    Chief U.S. District Judge

v.

CORIZON, INC. and WENDY JAMROS,

       Defendants.
_____/

## CASE MANAGEMENT ORDER

IT IS HEREBY ORDERED that, unless otherwise directed by the Court, the following shall govern in this case:

DISCOVERY: Absent the issuance of an order staying or limiting discovery, all discovery by or against a defendant **must be completed by April 2, 2021**. All discovery motions must be filed within the same period. The parties are limited to 10 single-part interrogatories, 10 requests for admissions, and 5 requests for production of documents for each opposing party. Defendants are hereby authorized to take Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure.

MOTIONS FOR SUMMARY JUDGMENT: Each party may file one motion for summary judgment, **no later than April 30, 2021**. The parties must comply with Local Civil Rule 7.2 with regard to the briefing schedule and page limits. Successive motions for summary judgment will not be permitted without leave of court.

Defendants may file a separate motion for summary judgment based solely on exhaustion at any time.  If Defendant files such a motion, discovery will be suspended until the Court rules on the summary judgment motion based on exhaustion.  Plaintiff may request discovery specifically to respond to Defendant's summary judgment motion based on exhaustion by filing a motion for discovery pursuant to Fed. R. Civ. P. 56(d).

If no summary judgment motions are filed, the Court will schedule a telephone conference in order to set a trial date.


Date:   November 3, 2020                         /s/ Maarten Vermaat
                                                MAARTEN VERMAAT
                                                U.S. MAGISTRATE JUDGE