### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF MICHIGAN

Derico Thompson, #234651

    Plaintiff,

v.

Corizon, Inc., et al.

    Defendants.

Case No: 2:20-cv-00158
District Judge: Robert J. Jonker
Magistrate Judge: Maarten Vermaat

| | |
|---|---|
| DERICO THOMPSON, #234651<br>Kinross Correctional Facility<br>4533 W. Industrial Park Drive<br>Kinchloe, MI 49786<br>*Pro Se Plaintiff* | CHAPMAN LAW GROUP<br>Wedad Suleiman (P81970)<br>Attorney for Corizon Health, Inc.<br>and Wendy Jamros, N.P.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>wsuleiman@chapmanlawgroup.com |

### DEFENDANTS CORIZON HEALTH, INC. AND WENDY JAMROS, N.P.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

NOW COME Defendants, CORIZON HEALTH, INC. and WENDY JAMROS, N.P., by and through their attorneys, CHAPMAN LAW GROUP, and pursuant to Fed. R. Civ. P. 26 and 34, request production of the following documents within thirty (30) days from the time this request is served upon you:

1. Please sign the enclosed authorization for release of your Michigan Department of Corrections medical records so that we may obtain copies of your medical records. Please complete the attached release for medical records. *See McCormick v. Brzezinski*, 2008 WL 4965343 * 3 (E.D. Mich. 2008).

**RESPONSE:**

Respectfully submitted,
CHAPMAN LAW GROUP

Dated: October 23, 2020

*Wedad Suleiman* /wp/
Wedad Suleiman (P81970)
Attorney for Corizon Health, Inc. and
Wendy Jamros, N.P.
1441 W. Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
wsuleiman@chapmanlawgroup.com

## PROOF OF SERVICE

I certify that this document was served upon all attorneys of record at their respective address of record, and to Plaintiff, as listed on **23rd** day of **October**, 2020 by means of:

[X] U.S. Mail  [ ] Hand Delivery
[ ] Facsimile  [ ] _____

*Melissa Kairis*
MELISSA KAIRIS

2

Dear Mr. Thompson,

Please sign the authorization and have a **<u>non-inmate witness</u>** sign as well. The records department **<u>will not</u>** accept an authorization with another inmate's signature.

Thank you for your cooperation!

MICHIGAN DEPARTMENT OF CORRECTIONS – Bureau of Health Care Services
**PATIENT'S AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION**

CHJ-121
6/17

**Name: Derico Thompson**
(PRINT OR TYPE FULL NAME OF PATIENT)
**Number: 234651**
**D.O.B.** ███

Information to be released from:

**Facility: Kinross Correctional Facility**

**Address: 4533 W. Industrial Park Drive**
**Kincheloe, MI 49788**
**MEDICAL RECORDS**

Information to be released to:

**Chapman Law Group**

**Address**
**1441 West Long Lake Rd.**
**Suite 310**
**Troy, MI 48098**

**Organization** (if applicable)

☐ **Written**

**SPECIFIC DATES OF INFORMATION TO BE RELEASED:**

Beginning Date: 9/1/2019                Ending Date: Present

☐ **Verbal** (Date will be good for 1 year from date of signature unless otherwise specified)

**SPECIFIC INFORMATION:**   ☐ Medical   ☐ Dental   ☐ Mental Health   ☒ Complete Health Record

Other – Specify: _____

Purpose of Release: Litigation

☐ Juvenile Lifer Resentencing Release

By signing this form I am attesting to the fact that the records I am requesting be released, and may include alcohol, substance abuse, mental health status,[1] and serious infectious and communicable diseases (including venereal diseases, tuberculosis, Hepatitis C, and HIV infection)[2] are protected under State of Michigan and Federal confidentiality regulations and cannot be disclosed without my written consent unless otherwise provided for in the regulation.

I understand that I may revoke this authorization in writing at any time and that this authorization pertains to fulfillment of the above stated request. No information collected beyond this date will be released unless it pertains to this request. This release expires one year from the date of signature, with the exception of a resentencing release for juvenile lifers that will expire 2 years from the date of signature.

I have read the above and acknowledge that I am familiar with and fully understand the terms and conditions of this authorization.

**I DO HEREBY CONSENT TO THE DISCLOSURE OF THE ABOVE DESCRIBED INFORMATION CONTAINED IN THE HEALTH RECORD IDENTIFIED ON THIS FORM.**

| Date: | **PATIENT / MINOR'S PARENT / GUARDIAN / MEDICAL POWER OF ATTORNEY SIGNATURE** |
|---|---|
| Date: | **WITNESS SIGNATURE** |

1   Prohibition of Redisclosure: This information has been disclosed to you from records whose confidentiality is protected by Federal and State Law. Federal regulations (42 CFR Part 2) prohibit you from making any further disclosure of this information except with the specific written consent of the person to whom it pertains. A general authorization for the release of medical or other information if held by another party is not sufficient for this purpose (21 USC 1175; 42 USC 4582).
2   Michigan Public Health Code (MCL 333.1101 et seq.); Medical Records Access Act (MCL 333.26261 et seq.). 2014-2015 Appropriation Bill.