# Exhibit A

Thompson, Derico (MRN 63658775) ▮▮▮▮▮▮

Encounter Date: 05/03/2021

## Thompson, Derico

MRN: 63658775

**Office Visit** 5/3/2021
Henry Ford Allegiance
Neurosurgery

Provider: Loganathan, Amritraj, MD (Neurological Surgery)
Primary diagnosis: Prolapsed lumbar disc
Reason for Visit: Back Pain; Referred by Hospital, Duane Waters

## Progress Notes

Loganathan, Amritraj, MD (Physician) • Neurological Surgery

Chief Complaint
Patient presents with
• Back Pain
1

*HFAH NEUROSURGICAL CONSULT* (handwritten)

**HISTORY OF PRESENT ILLNESS:** Derico Thompson is a 46 y.o. male who has had several years of low back pain and pain shooting into the posterior aspect of his legs. One session of PT did not help. Injections did not provide lasting relief.

On a scale of 1 to 10 with 10 being the worst, the patient describes the pain as a 7.

The patient describes the quality of the pain as throbbing.

No past medical history on file.
No past surgical history on file.
Social History

Socioeconomic History
• Marital status:                           Unknown
     Spouse name:                        Not on file
• Number of children:                   Not on file
• Years of education:                    Not on file
• Highest education level:             Not on file
Occupational History
• Not on file
Tobacco Use
• Smoking status:                         Not on file
Substance and Sexual Activity
• Alcohol use:                              Not on file
• Drug use:                                   Not on file
• Sexual activity:                          Not on file
Other Topics                               Concern
• Not on file
Social History Narrative
• Not on file

Social Determinants of Health

Social determinant risk not applicable to this patient.

Family history was negative for spine problems.

REVIEW OF SYSTEMS

Review of Systems

Thompson, Derico (MR # 63658775) Printed by [RJBL13616] at 5/6/21 2:39 PM

Thompson, Derico (MR# 63658775)

Constitutional: Negative for fatigue and fever.
HENT: Negative for hearing loss.
Eyes: Negative for visual disturbance.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria and enuresis.
Musculoskeletal: Positive for back pain and gait problem. Negative for neck pain.
Neurological: Positive for weakness (BLE) and numbness (BLE). Negative for dizziness, tremors, seizures and headaches.
Hematological: Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for confusion.

**GENERAL PHYSICAL EXAMINATION:**

**VITALS**
There were no vitals filed for this visit.

**GENERAL APPEARANCE**
Age appropriate male

**CARDIOVASCULAR**
Heart: regular rate and rhythm to pulse examination

**RESPIRATORY**
Lungs: normal work of breathing

**PSYCHIATRIC**
normal mood and affect

**HEAD**
Normocephalic, atraumatic

**EYES**
pupils equally round and reactive to light

**NEUROLOGIC**
Cranial Nerves: 2-12 intact

Hoffmann's not done

Clonus not done

**NECK:**
not performed

**BACK:**
posterior back tenderness to palpation

**GASTROINTESTINAL**
abdomen soft and non-tender

**MUSCULOSKELETAL**

Thompson, Derico (MRN 63658775)  Encounter Date: 05/03/2021

5/5 strength throughout bilateral deltolds/biceps/triceps/hand grip/hand intrinsics/hip flexion/knee flexion/knee extension/dorsiflexion/EHL/plantar flexion

**SKIN/INTEGUMENTARY**
warm and dry

REVIEW OF CLINICAL DATA

**DIAGNOSTIC TESTS**

**IMAGING**
**Independent Review of Images/Tracings:** I independently reviewed the MRI of the lumbar spine, and my interpretation is as follows: there are disc bilges at L4/5 and L5/S1 in the setting of a congenitally narrow canal.

**ASSESSMENT AND PLAN**
This is a 46 y.o. year-old male patient who has back and leg pain. It sounds as though he has been offered a decompression and fusion by another surgeon. At this time, I would not recommend surgery for him.

## Additional Documentation
Vitals:  BP 120/75 Pulse 67 Temp 36.7 °C (98 °F) Resp 17 Wt 71.2 kg (157 lb) SpO2 97% Pain Sc   8 (Loc: Back)
Flowsheets:  Travel History, Anthropometrics, Patient Health Questionnaire
Encounter Info:  Billing Info, Allergies, Detailed Report, History Report

## Media
From this encounter
Scan on 5/3/2021 1039 by Howell, Erin A.: NSG

## Orders Placed
None

## Medication Changes
As of 5/3/2021 11:01 AM

None

## Visit Diagnoses
Primary: Prolapsed lumbar disc M51.26