# Exhibit D

## MICHIGAN DEPARTMENT OF CORRECTIONS

### Kite Response

| | | | | |
|---|---|---|---|---|
| **Patient Name** | DERICO THOMPSON | | **Age** | 45 Years |
| **Date Received** | | | 09/09/2019 | |
| **Time Received** | | | | |
| **Taken By** | Carol Williams, RN | | | |
| **Date Initiated** | 09/08/2019 | | | |

### Action & Resolution

| Date | Time | User | Detail |
|---|---|---|---|
| 09/09/2019 | 11:12 AM | Carol Williams, RN | Schedule Nurse Sick Call approx 09/10/2019 with RN by Carol Williams, RN. Reason: back pain, given exercises for sciatic nerve but not effective. |

### Other

Reason: back pain, given exercises for sciatic nerve but not effective.

THOMPSON, DERICO

1/3

*l*

## MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE: KCF**
**COMPLETED BY: Trisha L. Kubont, RN      09/10/2019 9:07 AM**
Swelling? No.

Bowel & Bladder Function
N/A to complaint (no complaints of back pain).
Loss of control of bowel or bladder with back pain? N/A.

Urine dipstick?: Not indicated.


Weakness on right side due to pain, gait labored due to pain and weakness on right side.

**Assessment:**
Alteration in comfort
Related to: back pain,


Plan:
**MEDICATIONS**

| Start | Stop | Medication | Dose | Rx Units | Issued | Sig Desc |
|---|---|---|---|---|---|---|
| 09/10/2019 | 09/13/2019 | Ibuprofen | 200 Mg | Stock | 24 | Follow directions on package |

**ORDERS**

| Status | Order | Reason | Date |
|---|---|---|---|
| ordered | Nurse Sick Call : Recheck back pain, renew HWB if effective. | | 09/13/2019 |
| ordered | Medical Equipment/Supplies: hot water bottle | | |
| completed | Take new medication as prescribed | | 09/10/2019 |
| completed | Discussed treatment of recheck with nursing in 4 days | | 09/10/2019 |
| completed | Patient was reassured | | 09/10/2019 |
| completed | Warm compress | | 09/10/2019 |
| completed | Patient education provided and patient voiced understanding | | 09/10/2019 |
| completed | Heat applications prn | | |
| completed | Patient education provided | | |


Document generated by: Trisha L. Kubont, RN 09/10/2019 9:28 AM
Provider: Wendy K. Jamros NP

NAME: THOMPSON, DERICO J



2

## MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE: KCF**
**COMPLETED BY: Trisha L. Kubont, RN**      **09/10/2019 9:07 AM**

**Patient Name:** DERICO THOMPSON
**DOB** ▆▆▆▆▆▆▆
**ID#:** ▆▆▆▆▆

**Patient presenting with chief complaint(s)of: Musculoskeletal, Procedure/Lab.**

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow | Weight Lb |
|------|------|------|-------|---------|------|---------|------|-------|-----------|-----------|
| 09/10/2019 | 9:12 AM | 97.8 | 58 | | 16 | | 126/73 | | | 158.60 |

**MUSCULOSKELETAL**

**Subjective:**
Affected body part: right buttock and down right leg.
Date of Onset: 08/27/2019.
Previous history? Yes. Comments:  On the other side a few years ago but it was not liike this.
Previous treatment? Yes. Comments:  Stretching, HWB

I was doing toe touches and abdomen machine a few weeks ago and I felt my back tighten. Now the pain is so bad I can barely walk or turn over in the bed. Both my legs tingle & my right side goes numb

**Objective:**
Examination of lower back, glutes.
Tenderness? Yes.
Palpable distal pulses? Yes.
Pain with movement? Yes.
Sensation intact? Yes.
Spasms? No.
Range of motion (WNL)? Yes.
Weakness? Yes.
Discoloration? No.
Warm to touch? Yes.
Tingling? Yes.
Gait (WNL)? No.
Numbness? Yes.

NAME: THOMPSON, DERICO J



## MICHIGAN DEPARTMENT OF CORRECTIONS

---

**PATIENT:** DERICO THOMPSON

**DATE OF BIRTH:** ██████████

**DATE:** 09/10/2019 9:07 AM

## MEDICAL DETAIL ORDERS

---

| Start Date | Stop Date | Ordered | Ordered By | Order |
|------------|-----------|---------|------------|-------|
| 09/10/2019 | 09/13/2019 | 09/10/2019 | Trisha L. Kubont, RN | Medical Equipment/Supplies: hot water bottle |

**Document generated by: Trisha L. Kubont, RN 09/10/2019 9:24 AM Facility: KCF**

1/1

Name:  THOMPSON, DERICO

██████████████

4

# MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE:  KCF**
**COMPLETED BY:  Jessica L. Knack, RN      09/13/2019 9:44 AM**
Bowel & Bladder Function
Loss of control of bowel or bladder with back pain? No.

Urine dipstick?:  Not indicated.

Right back is hard to palpation.  Pulse in leg is +2, strength is equal, skin warm to touch.

**Assessment:**
Alteration in comfort
Related to: back pain.

**Plan:**
**MEDICATIONS**

| Start | Stop | Medication | Dose | Rx Units | Issued | Sig Desc |
|-------|------|-----------|------|----------|--------|----------|
| 09/13/2019 | 09/18/2019 | Pain Relief | 325 Mg | Stock | 24 | Follow directions on package |

**ORDERS**

| Status | Order | Reason | Date |
|--------|-------|--------|------|
| ordered | MP XNR : back pain and spasm, leg pain and numbness  (saw pt today) | | 09/13/2019 |
| ordered | Nurse Sick Call : recheck back spasm, leg pain and numbness | | 09/17/2019 |
| ordered | Medical Equipment/Supplies: hot water bottle | | |
| ordered | Other: medline at 0830, 1230, 1920 | | |
| completed | Follow exercise program | | 09/13/2019 |
| completed | VO from W. Jamros for Flexeril 10mg tid x 5 days and Medrol dose pak as directed | | 09/13/2019 |
| completed | Physician contacted for same day treatment and orders | | |
| completed | Heat applications prn | | |
| completed | Medication allergies and other contraindications reviewed & pregnancy ruled out prior to treatment | | |
| completed | Patient education provided | | |
| completed | Sick call if symptoms do not subside or become more severe | | |
| completed | Warm compress | | 09/13/2019 |
| cancelled | Other: medline 3 times a day | | |

**Document generated by:  Jessica L. Knack, RN 09/13/2019 10:21 AM**

NAME: THOMPSON, DERICO J



5

# MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE: KCF**
**COMPLETED BY: Jessica L. Knack, RN**      **09/13/2019 9:44 AM**

**Patient Name: DERICO THOMPSON**

**Patient presenting with chief complaint(s)of: Musculoskeletal.**

**Vital Signs:**

| Date | Time | Temp | Pulse Pattern | Resp Pattern | BP | Sp O2 | Peak Flow | Weight Lb |
|---|---|---|---|---|---|---|---|---|
| 09/13/2019 | 9:44 AM | 97.9 | 60 | 18 | 123/73 | | | 158.40 |

**MUSCULOSKELETAL**

**Subjective:**
Affected body part: right hip and leg.
Date of Onset: 08/27/2019.
Previous history? Yes. Comments: seen 9-10-19
Previous treatment? Yes. Comments:  stretching, HWB, ibuprofen
Recent injury? Yes.
Pain? Yes. Comments:  rates pain 10/10, throbbing, sharp pain down right leg to above ankle, left leg numbness to toes

Pt states he is overtaking the ibuprofen without relief, pain has actually gotten worse over the past 3 days.

**Objective:**
Examination of right hip and leg.
Tenderness? Yes.
Palpable distal pulses? Yes.
Pain with movement? Yes.
Sensation intact? Yes.
Spasms? Yes.
Range of motion (WNL)? No.
Weakness? No.
Discoloration? No.
Gait (WNL)? No.
Swelling? No.

NAME: THOMPSON, DERICO J

*6*



# MICHIGAN DEPARTMENT OF CORRECTIONS

---

PATIENT:                    DERICO THOMPSON
DATE OF BIRTH:              ██████████
DATE:                       09/13/2019 9:44 AM

## MEDICAL DETAIL ORDERS

---

| Start Date | Stop Date | Ordered | Ordered By | Order |
|---|---|---|---|---|
| 09/13/2019 | 09/27/2019 | 09/13/2019 | Jessica L. Knack, RN | Medical Equipment/Supplies: hot water bottle |
| 09/13/2019 | 09/17/2019 | 09/13/2019 | Jessica L. Knack, RN | Other: medline at 0830, 1230, 1920 |

**Document generated by: Jessica L. Knack, RN 09/13/2019 10:13 AM Facility: KCF**

Name:  THOMPSON, DERICO

██████████████████████████

7

# MICHIGAN DEPARTMENT OF CORRECTIONS – BUREAU OF HEALTH CARE SERVICES

PATIENT:                          DERICO THOMPSON
DATE OF BIRTH:
DATE:                             09/16/2019 6:40 AM
VISIT TYPE:                       Chart Update

**Chief Complaint/Reason for visit:**
This 45 year old male presents with bp review: no action necessary.

**History of Present Illness**
1.  BP review: no action necessary

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Prednisone | 10 Mg | 1 | Take as directed on package (from stock) |
| Pain Relief | 325 Mg | 24 | Follow directions on package |
| Cyclobenzaprine Hcl | 10 Mg | 15 | one tablet three times/ day (from stock) |

**Allergies**

| Allergen/ingredient | Brand | Reaction: |
|---|---|---|
| Nka | | |

Document generated by: Wendy K. Jamros, NP 09/16/2019 6:41 AM

THOMPSON, DERICO

1/{#_OF_PAGES}



# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

**PATIENT:** DERICO THOMPSON
**DATE OF BIRTH:**
**DATE:** 09/25/2019 9:23 AM
**VISIT TYPE:** Provider Visit-scheduled

## Chief Complaint/Reason for visit:

This 45 year old male presents with musculoskeletal: lumbago.

## History of Present Illness

### 1. Musculoskeletal: Lumbago

Additional comments:

Patient suffered injury to low back ~9/17/19. He states he was row lifting 95#'s and developed a spasm in his low back with RLE radiculopathy. He describes it as being in the lateral aspect of his hip to his knee (burning). He was seen by nursing for initial treatment. The back spasm has resolved but he still has the discomfort in his leg. No B/B incontinence. No saddle anesthesia.

## Allergies

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Nka | | |

## Vital Signs

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|---|---|---|---|---|---|---|---|---|---|
| 09/25/2019 | 9:20 AM | 74.0 | 159.0 | 97.6 | 130/70 | 60 | 16 | | |

| FIO2 | PeakFlow | Pain Score | Comments | | Measured By |
|---|---|---|---|---|---|
| | | | | | Wendy L. Ball, RN |

## Physical Exam

**Constitutional:**

Level of distress is awake & alert, mild distress.  Nourishment type is well developed and well nourished.  Overall appearance is age appropriate and good hygiene.

**Back / Spine:**

Spine is negative for posterior tenderness. Normal flexion.  Normal lateral flexion.

 Straight leg raising test with the patient sitting is negative.

**Extremities:**

No edema is present.

**Neurological:**

Level of Consciousness:  Normal.

THOMPSON, DERICO

1/{#_OF_PAGES}

9

Orientation:  Alert and oriented X 3. Grossly normal intellect. .
Memory;  Intact. .
Balance & Gait:  Mild limp.
Deep Tendon Reflexes:  DTR's preserved and symmetric. .
**Psychiatric:**
The patient's affect is normal.

**Assessment/ Plan**

**Lumbago (724.2)**

**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 09/25/2019 | 10/03/2019 | prednisone 10 mg tablets in a dose pack Take as directed on package (start 9/26/19) | |
| 09/25/2019 | 09/25/2019 | ketorolac 60 mg/2 mL intramuscular syringe | IM X one now |
| 09/25/2019 | 09/25/2019 | Solu-Medrol (PF) 125 mg/2 mL solution for injection | IM X one now |

**Medications stopped this visit**

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 09/25/2019 | 09/25/2019 | Ketorolac Tromethamine | 60 Mg/2 Ml | IM X one now |
| 09/25/2019 | 09/25/2019 | Solu-medrol | 125 Mg/2 Ml | IM X one now |

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | Interpretation Value |
|---|---|---|---|---|---|
| completed | 09/25/2019 | -today | Healthy Choices | | |
| ordered | 10/04/2019 | | MP Follow-up Moderate : XRAY results, Back and RLE condition  after TX | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 09/25/2019 | Take new medication as prescribed | |
| completed | 09/25/2019 | Patient was reassured | |
| completed | 09/25/2019 | Follow exercise program | |
| completed | 09/25/2019 | Warm compress | |
| completed | 09/25/2019 | Patient education provided and patient voiced understanding | |

**To be scheduled/ordered**

| Status | Order | Reason | Assessment | Timeframe | Appointment |
|---|---|---|---|---|---|
| ordered | X-ray exam of lower spine, complete | | Pain | 724.2 | 09/26/2019 |

**Document generated by: Wendy K. Jamros, NP 09/25/2019 11:56 AM**

THOMPSON, DERICO

2/{#_OF_PAGES}

*10*



# MICHIGAN DEPARTMENT OF CORRECTIONS

PATIENT: THOMPSON, DERICO
LOCATION: KCF
PROVIDER: Wendy K. Jarros NP
CURRENT USER :Wendy K. Jarros, NP

## MEDICATION ORDERS

### NEW AND RENEWED MEDICATION ORDERS  09/25/2019 9:32 AM

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 09/25/2019 | 10/03/2019 | Prednisone | 10 Mg | Take as directed on package (start 9/26/19) |

### MEDICATIONS STOPPED THIS ENCOUNTER

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 09/25/2019 | 09/25/2019 | Ketorolac Tromethamine | 60 Mg/2 Ml | IM X one now |
| 09/25/2019 | 09/25/2019 | Solu-medrol | 125 Mg/2 Ml | IM X one now |

### MEDICATIONS TO START AFTER TODAY'S DATE

Name: THOMPSON,DERICO



11

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

**PATIENT:**                      DERICO THOMPSON
**DATE OF BIRTH:**
**DATE:**                         09/30/2019 10:56 AM
**VISIT TYPE:**              Health Assessment

**Chief Complaint/Reason for visit:**
This 45 year old male presents with x-ray.

**History of Present Illness**
1.  X-ray

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Prednisone | 10 Mg | 1 | Take as directed on package (start 9/26/19) |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Nka | | |

Document generated by: Michael J. Miller 09/30/2019 10:58 AM

THOMPSON, DERICO

1/{#_OF_PAGES}

12

# MICHIGAN DEPARTMENT OF CORRECTIONS – BUREAU OF HEALTH CARE SERVICES

**PATIENT:**                DERICO THOMPSON
**DATE OF BIRTH:**
**DATE:**                  10/03/2019 12:01 PM
**VISIT TYPE:**         Provider Visit-scheduled

**Chief Complaint/Reason for visit:**
This 45 year old male presents with musculoskeletal: lumbago.

**History of Present Illness**
1. **Musculoskeletal: Lumbago**
Additional comments:
DATE OF EXAM: 09/30/19
FACILITY OF EXAM: OFF-SITE
TYPE OF EXAM: LUMBAR SPINE, SIX VIEWS
FINDINGS: Side bending to the left is present. Mild facet joint arthritic changes are present of the lumbar spine. Loss of height of the intervertebral disc space at the L5/S1 level represents degenerative disc changes. The vertebral bodies are normal in size and shape. Marked fecal debris is seen throughout the course of the colon and rectal area to represent constipation.
IMPRESSION:
1.        Mild facet joint arthritic changes of the lumbar spine.
2.        Degenerative disc change at the L5/S1 level.

9/25/19: Patient suffered injury to low back ~9/17/19. He states he was row lifting 95#'s and developed a spasm in his low back with RLE radiculopathy. He describes it as being in the lateral aspect of his hip to his knee (burning). He was seen by nursing for initial treatment. The back spasm has resolved but he still has the discomfort in his leg. No B/B incontinence. No saddle anesthesia.10/3/19: patient states he continues to experience sharp/burning pain in the lateral thigh and now extending to his lateral calf (L5-S1 dermatome). He had brief improvement with Toradol and Prednisone. He has been doing simple stretches.

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Nka | | |

**Physical Exam**
**Constitutional:**
Level of distress is awake & alert, mild distress, due to pain. Nourishment type is well developed and overweight. Overall appearance is age appropriate and good hygiene.
**Back / Spine:**
Spine is positive for posterior tenderness. Lumbar palpation reveals right tenderness from L2 to L5. Normal flexion. Normal

THOMPSON, DERICO

1/{#_OF_PAGES}

13

lateral flexion.
**Extremities:**
No edema is present.


**Assessment/ Plan**
**Degeneration, lumbar/lmbsac disc (722.52)**


**Medications ordered this visit**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 10/03/2019 | 11/04/2019 | Naprosyn 500 mg tablet | take one tablet twice a day as needed |

**Medications stopped this visit**

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 09/25/2019 | 10/03/2019 | Prednisone | 10 Mg | Take as directed on package (start 9/26/19) |

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | Interpretation |
|---|---|---|---|---|---|
| Value | | | | | |
| completed | 10/04/2019 | -today | Healthy Choices | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 10/04/2019 | Take new medication as prescribed | |
| completed | 10/04/2019 | Patient was reassured | |
| completed | 10/04/2019 | Follow exercise program | |
| completed | 10/04/2019 | Patient education provided and patient voiced understanding | |
| completed | 10/04/2019 | Reviewed diagnostic study results with patient | |


Document generated by: Wendy K. Jamros, NP 10/04/2019 7:26 AM


THOMPSON, DERICO

2/{#_OF_PAGES}

14



## MICHIGAN DEPARTMENT OF CORRECTIONS

PATIENT: THOMPSON, DERICO
LOCATION: KCF
PROVIDER: Wendy K. Jarros NP
CURRENT USER :Wendy K. Jarros, NP

### MEDICATION ORDERS

#### NEW AND RENEWED MEDICATION ORDERS  10/03/2019 12:26 PM

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 10/03/2019 | 11/04/2019 | Naprosyn | 500 Mg | take one tablet twice a day as needed |

#### MEDICATIONS STOPPED THIS ENCOUNTER

| Start Date | Stop Date | Medication | Dose | Sig Desc |
|---|---|---|---|---|
| 09/25/2019 | 10/03/2019 | Prednisone | 10 Mg | Take as directed on package (start 9/26/19) |

#### MEDICATIONS TO START AFTER TODAY'S DATE

Name: THOMPSON,DERICO

15

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: KCF**
**COMPLETED BY: Connie McCool** **(10/03/2019 12:01 PM) 10/09/2019 12:32 PM**

**Patient: DERICO THOMPSON**

Off-site                                                              Reference #: 00837139
Routine                                                              Date of Request: 10/04/2019
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible
hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening
conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

**Procedure/Test Requested:** HEP Lumbar spine

**Specialty Service Requested:** Physical Therapy

**Provider:** WMH
**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**
Degeneration, lumbar/lmbsac disc                          722.52

**Signs & Symptoms:**                              **Date of Onset:**
9/25/19: Patient suffered injury to low back ~9/17/19. He states he was row lifting 95#'s and developed a spasm in his low
back with RLE radiculopathy. He describes it as being in the lateral aspect of his hip to his knee (burning). He was seen by
nursing for initial treatment. The back spasm has resolved but he still has the discomfort in his leg. No B/B incontinence. No
saddle anesthesia.10/3/19: patient states he continues to experience sharp/burning pain in the lateral thigh and now

**Lab & Xray Data**
DATE OF EXAM: 09/30/19
FACILITY OF EXAM: OFF-SITE
TYPE OF EXAM: LUMBAR SPINE, SIX VIEWS
FINDINGS: Side bending to the left is present. Mild facet joint arthritic changes are present of the lumbar spine. Loss of
height of the intervertebral disc space at the L5/S1 level represents degenerative disc changes. The vertebral bodies are
normal in size and shape. Marked fecal debris is seen throughout the course of the colon and rectal area to represent
constipation.

**Failed Outpatient Therapies:**
IMPRESSION:
1. Mild facet joint arthritic changes of the lumbar spine.

NAME: THOMPSON, DERICO J

*16*

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE: KCF**
**COMPLETED BY: Connie McCool     (10/03/2019 12:01 PM) 10/09/2019 12:32 PM**

2.     Degenerative disc change at the L5/S1 level.

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 10/03/2019 | 11/04/2019 | Naprosyn 500 mg tablet | take one tablet twice a day as needed |

**Comments** extending to his lateral calf (L5-S1 dermatome). He had brief improvement with Toradol and Prednisone. He has been doing simple stretches. Physical exam reveals intact DTR's, straight led raise positive on the right. Generalized tendeness right lumbar. No spasm noted. FROM with discomfort at full flexion.

**Site Medical Provider:** Wendy K. Jamros NP          10/04/2019

_____

(For UM use only)

**Criteria Source: M & R          Interqual          Other**
**Criteria met: Yes  X          No          Deferred**

**Reviewer comments:**
Approval for Physical therapy for HEP

**Recommendation for visit appointment:**

# Visits:

_____

UM Review #:
**Reviewer Name:  Dorsey, Vivien M.D.**-*This is the reviewing physician ONLY, specialists should not be contacting them directly. Any further communication, documents, or questions should be directed to the Site Medical Provider listed above.*

Date Reviewed: 10/08/2019

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME: THOMPSON, DERICO J

17

# MICHIGAN DEPARTMENT OF CORRECTIONS – BUREAU OF HEALTH CARE SERVICES

**PATIENT:** DERICO THOMPSON
**DATE OF BIRTH:** ███████
**DATE:** 10/18/2019 6:41 AM
**VISIT TYPE:** Chart Update

**Chief Complaint/Reason for visit:**

This 45 year old male presents with offsite pt scheduled > 30 days p approval. acceptable.

**History of Present Illness**

1. Offsite PT scheduled > 30 days p approval. Acceptable

**Medications Active Prior to Today's Visit**

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Naprosyn | 500 Mg | 60 | take one tablet twice a day as needed |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Nka | | |

Document generated by: Wendy K. Jamros, NP 10/18/2019 6:42 AM

THOMPSON, DERICO

1/{#_OF_PAGES}

# MICHIGAN DEPARTMENT OF CORRECTIONS – BUREAU OF HEALTH CARE SERVICES

**PATIENT:**        **DERICO THOMPSON**
**DATE OF BIRTH:** ████████████
**DATE:**        11/21/2019 7:10 AM
**VISIT TYPE:**        Chart Update

**Chief Complaint/Reason for visit:**
This 45 year old male presents with pt evaluation review.

**History of Present Illness**
**1. PT evaluation review**
Additional comments:
11/17/19: Pt evaluation: LBP post injury with radicular symptoms in L5-S1 dermatome. Bottom bunk and extra pillow recommended: HEP distributed and discussed: If no improvement in 6-8 weeks consider MRI (EMG?)

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Nka | | |

**Physical Exam**

**Assessment/ Plan**
**Lumbago (724.2)**

**Office Services**

| Status Value | ApptDate | Timeframe | Order | Reason | Interpretation |
|---|---|---|---|---|---|
| ordered | | | Housing: Bottom bunk | | |
| ordered | | | Medical Equipment/Supplies: Extra pillow | | |
| ordered | 01/02/2020 | | MP Follow-up Moderate : Lumbago p/ HEP. MRI? EMG? | | |

THOMPSON, DERICO

████████████    ████████

1/{#_OF_PAGES}

*19*



## MICHIGAN DEPARTMENT OF CORRECTIONS
## BUREAU OF HEALTH CARE SERVICES

DATE:11/21/2019 7:10 AM

### SPECIAL ACCOMMODATIONS ORDERS

| Start Date | Stop Date | Ordered | Ordered By | Order |
|------------|-----------|---------|------------|-------|
| 11/21/2019 | | 11/21/2019 | Wendy K. Jamros, NP | Housing: Bottom bunk |
| 11/21/2019 | | 11/21/2019 | Wendy K. Jamros, NP | Medical Equipment/Supplies; Extra pillow |

**Document generated by: Wendy K. Jamros, NP 11/21/2019 7:15 AM Facility: KCF**

Name: DERICO THOMPSON

23

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | | Off #: | |
| Date of Birth: | | Sex: | M | Facility: | KCF |
| Note Date: | 02/17/2020 12:36 | Provider: | Jamros, Wendy [WJ] NP | Unit: | E2 |

Chart Review/Update encounter performed at Non Patient Contact.

**Administrative Notes:**

**ADMINISTRATIVE NOTE  1          Provider:** Jamros, Wendy [WJ] NP

Patient suffered injury to low back ~9/17/19. He states he was row lifting 95#'s and developed a spasm in his low back with RLE radiculopathy. He describes it as being in the lateral aspect of his hip to his knee (burning). He was seen by nursing for initial treatment. The back spasm has resolved but he still has the discomfort in his leg. No B/B incontinence. No saddle anesthesia.10/3/19: patient states he continues to experience sharp/burning pain in the lateral thigh and now extending to his lateral calf (L5-S1 dermatome). He had brief improvement with Toradol and Prednisone. He has been doing simple stretches. Physical exam reveals intact DTR's, straight led raise positive on the right. Generalized tenderess right lumbar. Patient has completed his HEP (per UM recommendation) and has had no improvement. He has to sit to use the phone, microwave, etc otherwise his back will spasm.

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Neurology - EMG | | Routine (review within 14 days) | No | |

**Subtype:**

Dr. Vermeulen

**Reason for Request:**

Patient with pain,numbness RLE following lifting injury. Has completed HEP. Please refer to administrative note 2/17/20

**Provisional Diagnosis:**

RLE radiculopathy

| | | | |
|---|---|---|---|
| Co-Pay Required: | No | Cosign Required: | No |
| Telephone/Verbal Order: | No | | |
| Standing Order: | No | | |

Completed by Jamros, Wendy [WJ] NP on 02/17/2020 12:43

21

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: THOMPSON, DERICO J | | | | Off #: |
| Date of Birth: | | Sex: | M | Facility: KCF |
| Note Date: 02/21/2020 06:22 | | Provider: | Jamros, Wendy [WJ] NP | Unit: E2 |

Administrative encounter performed at Non Patient Contact.
**Administrative Notes:**

### ADMINISTRATIVE NOTE 1      Provider: Jamros, Wendy [WJ] NP

ADMINISTRATIVE NOTE 1 Provider: Jamros, Wendy [WJ] NP
Patient suffered injury to low back ~9/17/19. He states he was row lifting 95#'s and developed a spasm in his low back with RLE radiculopathy. He describes it as being in the lateral aspect of his hip to his knee (burning). He was seen by nursing for initial treatment. The back spasm has resolved but he still has the discomfort in his leg. No B/B incontinence. No saddle anesthesia.10/3/19: patient states he continues to experience sharp/burning pain in the lateral thigh and now extending to his lateral calf (L5-S1 dermatome). He had brief improvement with Toradol and Prednisone. He has been doing simple stretches. Physical exam reveals intact DTR's, straight led raise positive on the right. Generalized tenderness right lumbar. Patient has completed his HEP (per UM recommendation) and has had no improvement. He has to sit to use the phone, microwave, etc otherwise his back will spasm.

### ADMINISTRATIVE NOTE 2      Provider: Jamros, Wendy [WJ] NP

ATP by McCool, Connie [CM12] acting in the role of 2nd Level Review on 02/20/2020.
Comments: ATP: Both history and exam support radiculopathy. EMG would be unlikely to reveal new diagnosis or
alter management. Consider ongoing management based on workup that has already been completed.

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Radiology - MRI | | Routine (review within 14 days) | No | |

**Subtype:**
War Memorial Hospital

**Reason for Request:**
Intractable LBP with radiculopathy. Please see #2 administrative notes from 2/21/20 document.

**Co-Pay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No
**Standing Order:** No
Completed by Jamros, Wendy [WJ] NP on 02/21/2020 06:29

22

## Michigan Department of Corrections
## Consultation Request

| Offender Name: THOMPSON, DERICO J | Off #: ▮ | Location: KCF |
|---|---|---|
| Date of Birth: ▮ | Sex:  M | |

**Consultation/Procedure Requested:**   Radiology - MRI

Subtype:   War Memorial Hospital
906-635-4460
500 Osborn Blvd. - Sault Ste. Marie - 49783

**Reason for Request:**
Intractable LBP with radiculopathy. Please see #2 administrative notes from 2/21/20 document.

**Medications (As of 05/12/2021)**
MULTI-VITAMINS W/MINERALS/FE TABS  Exp: 05/20/2021  SIG: TAKE 1 TAB BY MOUTH DAILY AS NEEDED FOR 180 DAYS - COVID 19 KITE FOR REFILLS MAY REFILL 5 TIMES

**Allergies (As of 05/12/2021)**
No Known Allergies

**Health Problems (As of 05/12/2021)**
Low back pain

**Offender Requires Translator:**      No       **Language:**
**Additional Records Required:**

**Comments:**
Reference Number: 00866488
**Requested By:** Jamros, Wendy [WJ] NP                    **Auth#:**  00866488
**Ordered Date:** 02/21/2020 06:22
**Due Date:**    03/26/2020 00:00
**Priority:**    Routine (review within 14 days)

23

## Michigan Department of Corrections
## Consultation Request

| Offender Name: | THOMPSON, DERICO J | Off #: | ████ | Location: KCF |
|---|---|---|---|---|
| Date of Birth: | ████ | Sex: | M | |

Request Approval Actions:

Refer up by Pfeil, Kaelynn [KP4] acting in the role of 1st Level Review on 02/21/2020.
Comments: Reference Number: 00866488
Approved by McCool, Connie [CM12] acting in the role of 2nd Level Review on 02/26/2020.
Comments: Approved;  MRI of lumbar spine

Papendick, Keith, MD-*This is the reviewing physician ONLY, specialists should not be contacting them directly.
Any further communication, documents, or questions should be directed to the Site Medical Provider listed above.*
02/26/2020

24

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: THOMPSON, DERICO J | | | Off #: | |
| Date of Birth: | | Sex: M | Facility: | KCF |
| Note Date: 03/12/2020 10:45 | | Provider: Jamros, Wendy [WJ] NP | Unit: | E2 |

Review Note encounter performed at Non Patient Contact.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**       **Provider:** Jamros, Wendy [WJ] NP

ADMINISTRATIVE NOTE 1 Provider: Jamros, Wendy [WJ] NP
Patient suffered injury to low back ~9/17/19. He states he was row lifting 95#'s and developed a spasm in his low back with RLE radiculopathy. He describes it as being in the lateral aspect of his hip to his knee (burning). He was seen by nursing for initial treatment. The back spasm has resolved but he still has the discomfort in his leg. No B/B incontinence. No saddle anesthesia. 10/3/19: patient states he continues to experience sharp/burning pain in the lateral thigh and now extending to his lateral calf (L5-S1 dermatome). He had brief improvement with Toradol and Prednisone. He has been doing simple stretches. Physical exam reveals intact DTR's, straight leg raise positive on the right. Generalized tendeness right lumbar. Patient has completed his HEP (per UM recommendation) and has had no improvement. He has to sit to use the phone, microwave, etc otherwise his back will spasm.
Lumbar MRI: 3/11/20
Normal vertebral body height and alignment. Disc space narrowing and hypertrophic spurring L5-S1. Degenerative loss of disc signal L5-S1. L45 central canal stenosis and bilateral neuroforaminal stenosis secondary to facet and ligamentum flavum hypertrophy. Moderate-sized  broad based central disc herniation effacing ventral thecal sac and encroaching upon bilateral exiting neural foramina, greater on the right. L5-S1 bilateral neural foramina stenosis secondary to facet and ligamentum flavum hypertrophy. Small focal central disc herniation, mildly effacing ventral epidural fat.

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Neurosurgery - Consultation | | Routine (review within 14 days) | No | |

**Subtype:**

UPHS Neurosurgery

**Reason for Request:**

ADMINISTRATIVE NOTE 1 Provider: Jamros, Wendy [WJ] NP
Patient suffered injury to low back ~9/17/19. He states he was row lifting 95#'s and developed a spasm in his low back with RLE radiculopathy. He describes it as being in the lateral aspect of his hip to his knee (burning). He was seen by nursing for initial treatment. The back spasm has resolved but he still has the discomfort in his leg. No B/B incontinence. No saddle anesthesia. 10/3/19: patient states he continues to experience sharp/burning pain in the lateral thigh and now extending to his lateral calf (L5-S1 dermatome). He had brief improvement with Toradol and Prednisone. He has been doing simple stretches. Physical exam reveals intact DTR's, straight leg raise positive on the right. Generalized tendeness right lumbar. Patient has completed his HEP (per UM recommendation) and has had no improvement. He has to sit to use the phone, microwave, etc otherwise his back will spasm.
Lumbar MRI: 3/11/20
Normal vertebral body height and alignment. Disc space narrowing and hypertrophic spurring L5-S1. Degenerative loss of disc signal L5-S1. L45 central canal stenosis and bilateral neuroforaminal stenosis secondary to facet and ligamentum flavum hypertrophy. Moderate-sized  broad based central disc herniation effacing ventral thecal sac and encroaching upon bilateral exiting neural foramina, greater on the right. L5-S1 bilateral neural foramina stenosis secondary to facet and ligamentum flavum hypertrophy. Small focal central disc herniation, mildly effacing ventral epidural fat.

**Provisional Diagnosis:**

Lumbar disc herniation

25

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: THOMPSON, DERICO J | | | | Off #: |
| Date of Birth: | | Sex: | M | Facility: KCF |
| Note Date: 03/19/2020 06:54 | | Provider: | Jamros, Wendy [WJ] NP | Unit: E2 |

Administrative encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1      Provider:  Jamros, Wendy [WJ] NP

Neurosurgery consult ATP'd with recommendation for EMG

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Neurology - EMG | | Routine (review within 14 days) | No | |

Subtype:

Dr. Vermeulen

Reason for Request:

Patient suffered injury to low back ~9/17/19. He states he was row lifting 95#'s and developed a spasm in his

low back with RLE radiculopathy. He describes it as being in the lateral aspect of his hip to his knee (burning).

He was seen by nursing for initial treatment. The back spasm has resolved but he still has the discomfort in his leg. No B/B incontinence. No saddle anesthesia.10/3/19: patient states he continues to experience sharp/burning pain in the lateral thigh and now extending to his lateral calf (L5-S1 dermatome). He had brief improvement with Toradol and Prednisone. He has been doing simple stretches. Physical exam reveals intact

DTR's, straight led raise positive on the right. Generalized tenderness right lumbar. Patient has completed his HEP (per UM recommendation) and has had no improvement. He has to sit to use the phone, microwave, etc

otherwise his back will spasm.

Lumbar MRI. 3/11/20

Normal vertebral body height and alignment. Disc space narrowing and hypertrophic spurring L5-S1. Degenerative loss of disc signal L5-S1. L45 central canal stenosis and bilateral neuroforaminal stenosis secondary to facet and ligamentum flavum hypertrophy. Moderate-sized broad based central disc herniation effacing ventral thecal sac and encroaching upon bilateral exiting neural foramina, greater on the right. L5-S1

bilateral neural foramina stenosis secondary to facet and ligamentum flavum hypertrophy. Small focal central

disc herniation, mildly effacing ventral epidural fat.

RECOMMENDATION PER UM 3/18/20

Provisional Diagnosis:

Lumbar disc herniation

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:**  No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Jamros, Wendy [WJ] NP on 03/19/2020 06:59

26

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Offender Name: THOMPSON, DERICO J | | | Off #: ▮▮▮ |
| Date of Birth: ▮ | Sex: M | | Facility: KCF |
| Note Date: 04/20/2020 09:02 | Provider: Jamros, Wendy [WJ] NP | | Unit: E2 |

Chart Review/Update encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE 1 Provider: Jamros, Wendy [WJ] NP

Patient with low back pain with radiculopathy. Cymbalta trial approved per Dr. Bomber ARMD.

**ASSESSMENTS:**

Low back pain, M54.5 - Current, Chronic, Initial

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | DULOXETINE HCL 30 MG CAPS | 04/20/2020 09:02 | 04/20/2020 | | 30mg By Mouth at bedtime x 210 day(s) Pill Line Only -- RMD approved 4/20/20 |

Indication: Low back pain

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Jamros, Wendy [WJ] NP on 04/20/2020 09:09

27

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | | Off #: | |
| Date of Birth: | | Sex: | M | Facility: | KCF |
| Note Date: | 04/22/2020 12:42 | Provider: | Jamros, Wendy [WJ] NP | Unit: | E2 |

MP Telephone Encounter oncounter performed at Telephone Encounter.

**Administrative Notes:**

    ADMINISTRATIVE NOTE   1      Provider:   Jamros, Wendy [WJ] NP

        Patient was notified that his Cymbalta has been approved. It has been received from the pharmacy but an itinerary needs to be generated. Pharmacy and MR notified.

**Co-Pay Required:**     No     **Cosign Required:**  No

**Telephone/Verbal Order:**  No

**Standing Order:**      No

Completed by Jamros, Wendy [WJ] NP on 04/22/2020 13:04

28

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | Off #: | |
| Date of Birth: | | Sex: M | Facility: | KCF |
| Note Date: | 06/05/2020 13:31 | Provider: Stevens, Sharolyn M. | Unit: | E2 |

Administrative encounter performed at Non Patient Contact.
**Administrative Notes:**

ADMINISTRATIVE NOTE 1      Provider: Stevens, Sharolyn M. [SS17]

Offsite scheduled outside 30 days, scheduling chart review for provider and prep.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Prep | One Time | | Inform inmate he is to wear no lotions or cologne the day of his appointmen, he must also wear shorts under his pants. He is scheduled 7/14/20. | Stevens, Sharolyn M. [SS17] |
| | Discontinue Reason: | | | |
| | Order Date: | 06/05/2020 | | |
| | End Date: | | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart Review | 06/09/2020 00:00 | Medical Provider 3 |

Offsite approved 3/26/20 and scheduled 7/14/20 due to COVID19. This is more than 30 days, is this ok.

| Chart Review | 07/07/2020 00:00 | Medical Provider 3 |
|---|---|---|

Offsite approved 3/26/20 and scheduled 7/14/20 due to COVID19. This is more than 30 days, is this ok.

| | | | |
|---|---|---|---|
| Co-Pay Required: | No | Cosign Required: No | |
| Telephone/Verbal Order: | No | | |
| Standing Order: | No | | |

Completed by Stevens, Sharolyn M. [SS17] on 06/05/2020 13:35

29

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | | Off #: | |
| Date of Birth: | | Sex: | M | Facility: | KCF |
| Note Date: | 06/09/2020 07:04 | Provider: | Jamros, Wendy [WJ] NP | Unit: | E2 |

Chart Review/Update encounter performed at Non Patient Contact.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:  Jamros, Wendy [WJ] NP

Patient has a pending lower extremity EMG that has been scheduled > 30 days after approval due to COVID precautions (7/14/20).

**Co-Pay Required:**        No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

**Standing Order:**        No

Completed by Jamros, Wendy [WJ] NP on 06/09/2020 07:08

30

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: THOMPSON, DERICO J | | | Off #: | |
| Date of Birth: | | Sex: M | Facility: | KCF |
| Note Date: 06/12/2020 10:18 | | Provider: Knack, Jessica [JK6] RN | Unit: | E2 |

Nursing Note encounter performed at Clinic.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1         Provider:  Knack, Jessica [JK6] RN

Pt here due to Cymbalta and Naprosyn being ineffective for low back pain.  Pt reports neither one does anything to help his pain.  Awaiting EMG appt, which has been delayed due to Covid19.  Will refer to MP.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/12/2020 | 10:22 KCF | 98.1 | 36.7 | | Knack, Jessica [JK6] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/12/2020 | 10:22 KCF | 70 | | | Knack, Jessica [JK6] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/12/2020 | 10:22 KCF | 18 | Knack, Jessica [JK6] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/12/2020 | 10:22 KCF | 124/71 | | | | Knack, Jessica [JK6] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 06/12/2020 | 10:22 KCF | 155.0 | 70.3 | | Knack, Jessica [JK6] RN |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP RNR | 06/19/2020 00:00 | Medical Provider |

RNR from 6-12-2020 for Cymbalta and Naprosyn being ineffective for back pain

Co-Pay Required:        No          Cosign Required:  No

Telephone/Verbal Order:   No

Standing Order:          No

Completed by Knack, Jessica [JK6] RN on 06/12/2020 10:27

31

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| Offender Name: | THOMPSON, DERICO J | | | Off #: | |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Facility: | KCF |
| Note Date: | 06/22/2020 12:10 | Provider: | Jamros, Wendy [WJ] NP | Unit: | E2 |

MP Telephone Encounter encounter performed at Non Patient Contact.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   1    Provider:   Jamros, Wendy [WJ] NP

    Patient states the Cymbalta and Naprosyn have not been effective for back pain. He agrees to try Relafen

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | NABUMETONE 500 MG TABS | 06/22/2020 12:10 | 06/22/2020 | 60 | 500mg By Mouth two times daily PRN x 210 day(s) |
| | Indication:   Low back pain | | | | |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| 5094632 7 | DULOXETINE HCL 30 MG CAPS | 06/22/2020 12:10 | 06/22/2020 | | 30mg  By Mouth at bedtime x 210 day(s) Pill Line Only -- RMD approved 4/20/20 |
| | Discontinue Type:   *Immediate* | | | | |
| | Discontinue Reason:   *Order Changed* | | | | |
| | Indication: | | | | |
| 5040974 8 | NAPROXEN 500 MG TABS | 06/22/2020 12:10 | 06/22/2020 | | *TAKE ONE TABLET TWICE A DAY AS NEEDED* |
| | Discontinue Type:   *Immediate* | | | | |
| | Discontinue Reason:   *Order Changed* | | | | |
| | Indication: | | | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP Follow Up | 07/15/2020 00:00 | Medical Provider 3 |
| Has Relafen been helpful? | | |

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Jamros, Wendy [WJ] NP on 06/22/2020 12:22

## Michigan Department of Corrections
## Clinical Encounter

| | | | |
|---|---|---|---|
| Offender Name: THOMPSON, DERICO J | | | Off #: ████████ |
| Date of Birth: ████████ | Sex: | M | Facility: KCF |
| Encounter Date: 07/02/2020 08:20 | Provider: | Knack, Jessica [JK6] RN | Unit: E2 |

Nursing Note encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Knack, Jessica [JK6] RN

Chief Complaint:   Musculoskeletal

Subjective:    Pt c/o low back pain unrelieved by Relafen.  States maybe Cymbalta was helping more than
he thought because pain has increased since stopping it.  States three days ago he was
incontinent of stool one time.  States he needs another shot for pain.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**Musculoskeletal**
**General**

Yes: Normal, Low Back Pain
No: Gait Abnormality, Mid-back Pain, Swelling, Wasting or Atrophy

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/02/2020 08:20 KCF | | 98.0 | 36.7 | | Knack, Jessica [JK6] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/02/2020 08:20 KCF | | 64 | | | Knack, Jessica [JK6] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/02/2020 08:20 KCF | | 16 | Knack, Jessica [JK6] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/02/2020 08:20 KCF | | 124/76 | | | | Knack, Jessica [JK6] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/02/2020 08:20 KCF | | 157.0 | 71.2 | | Knack, Jessica [JK6] RN |

**Exam:**

**Musculoskeletal**
**Back**

Generated 07/02/2020 08:49 by Knack, Jessica [JK6] RN              MDOC - KCF                              Page 1 of 2

33

Offender Name: THOMPSON, DERICO J      Off #:
Date of Birth:      Sex:    M      Facility: KCF
Encounter Date: 07/02/2020 08:20      Provider: Knack, Jessica [JK6] RN      Unit: E2

## Exam:

Yes: Upright Posture, Normal Exam, Non-tender on Palpation, Normal Bony Landmarks, Symmetric, Neurovascular Intact, Inflammation

No: Muscle Spasm, Muscle Atrophy, Costovertebral Angle Tenderness, Swelling, Ecchymosis, Erythema Remote weight pit injury. Awaiting approved EMG.

## ASSESSMENT:

Alteration in Comfort

## PLAN:

## Disposition:

Refer to Provider

## Other:

Order received from W. Jamros, NP for Toradol 60mg IM now. Has f/u MP appt scheduled as well as EMG. Informed MP of report of stool incontinence.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/02/2020 | Counseling | Plan of Care | Knack, Jessica | Verbalizes Understanding |

**Co-Pay Required:** No      **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Knack, Jessica [JK6] RN on 07/02/2020 08:49

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | | Off #: | |
| Date of Birth: | | Sex: | M | Facility: | KCF |
| Note Date: | 07/02/2020 13:43 | Provider: | Jamros, Wendy [WJ] NP | Unit: | E2 |

Chart Review/Update encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1      Provider:   Jamros, Wendy [WJ] NP

Patient with back pain: See nurses notes: Toradol 60mg IM

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | KETOROLAC TROMETH VL (2ML) 30 MG/ML INJ | 07/02/2020 13:43 | 07/02/2020 | | 60mg Intramuscularly one time x 1 day(s) -- Do not take Nabumetone with this medication |

Indication:   Low back pain

Start Now:  Yes

Starter Dose Rx#:

Source:  Stock meds

Admin Method:  Pill Line

Stop Date:  07/03/2020 13:42

MAR Label:  60mg Intramuscularly one time x 1 day(s) -- Do not take Nabumetone with this medication

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Jamros, Wendy [WJ] NP on 07/02/2020 13:46

35

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: THOMPSON, DERICO J | | | Off #: | |
| Date of Birth: | Sex: | M | Facility: | KCF |
| Note Date: 07/07/2020 07:34 | Provider: | Jamros, Wendy [WJ] NP | Unit: | E2 |

Chart Review/Update encounter performed at Non Patient Contact.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**        Provider:   Jamros, Wendy [WJ] NP

        Offsite EMG approved 3/26/20 and rescheduled 7/14/20 because of COVID19 precautions.


**Co-Pay Required:**        No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

**Standing Order:**        No

Completed by Jamros, Wendy [WJ] NP on 07/07/2020 07:37

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | Off #: | |
| Date of Birth: | | Sex:      M | Facility: | KCF |
| Note Date: | 07/09/2020 10:07 | Provider:   Jamros, Wendy [WJ] NP | Unit: | E2 |

Chart Review/Update encounter performed at Non Patient Contact.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Jamros, Wendy [WJ] NP

Offsite for EMG has been scheduled for 8/3/20. This is acceptable.

**Co-Pay Required:**          No        **Cosign Required:**  No
**Telephone/Verbal Order:**  No
**Standing Order:**          No

Completed by Jamros, Wendy [WJ] NP on 07/09/2020 10:13

37

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | | | Off #: | ▮ |
| Date of Birth: | ▮ | Sex: | M | | Facility: | KCF |
| Note Date: | 07/15/2020 11:08 | Provider: | Jamros, Wendy [WJ] NP | | Unit: | E2 |

MP Telephone Encounter encounter performed at Telephone Encounter.
**Administrative Notes:**

  ADMINISTRATIVE NOTE   1        Provider:   Jamros, Wendy [WJ] NP

    Patient was contacted to notify him that some COVID restrictions have been lifted and his EMG has been
    scheduled. He does not feel the Relafen is helpful. The patient was upset about not seeing the Dr. and the
    phone call was terminated before further changes in POC.


**Co-Pay Required:**        No       **Cosign Required:**  No

**Telephone/Verbal Order:**  No

**Standing Order:**         No

Completed by Jamros, Wendy [WJ] NP on 07/15/2020 11:12

38

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | | | Off #: | |
| Date of Birth: | | Sex: | M | | Facility: | KCF |
| Note Date: | 08/06/2020 06:07 | Provider: | Jamros, Wendy [WJ] NP | | Unit: | E2 |

Review Note encounter performed at Non Patient Contact.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Jamros, Wendy [WJ] NP

EMG reviewed. Patient is scheduled for F/U with MP1 on 9/1/20.


**Co-Pay Required:**        No        **Cosign Required:**   No

**Telephone/Verbal Order:**   No

**Standing Order:**        No

Completed by Jamros, Wendy [WJ] NP on 08/06/2020 07:01

39

## Michigan Department of Corrections
## Consultation Request

| Offender Name: | THOMPSON, DERICO J | Off #: | | Location: KCF |
|---|---|---|---|---|
| Date of Birth: | | Sex: | M | |

Request Approval Actions:

Refer up by Whipple, Connie [CW13] acting in the role of 1st Level Review on 09/03/2020.
Comments: ref 00897983
Approved by Cole, Jenda [JC7] acting in the role of 2nd Level Review on 09/08/2020.
Comments: 9/8/20 - Approved:  Neurosurgery - Consult

Papendick, Keith, MD-*This is the reviewing physician ONLY, specialists should not be contacting them directly.
Any further communication, documents, or questions should be directed to the Site Medical Provider listed above.*

40

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | | Off #: | |
| Date of Birth: | | Sex: | M | Facility: | KCF |
| Note Date: | 10/14/2020 16:25 | Provider: | Stallman, Timothy [TS4] | Unit: | E2 |

Review Note encounter performed at Non Patient Contact.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1       Provider:  Stallman, Timothy [TS4] DO

9/22/20 UPHS neurosurgical follow up.  Lifting injury one year ago, EMG revealing left L5 radiculopathy; 3/11/20 MRI demonstrates loweer lumbar stenosis at L4-L5 and L5-S1 with central disc protrusions and significant segmental stenosis consequent to congenitall short pedicles'.  Patient a candidate for surgical intervention in light of the imaging and EMG findings.  Recommend lumbar decompressive laminectomy L4, L5, S1 with fusion L4-S1.  Reluctant to consider simple decompression, has mild lordosis, concern that subsequent disc herniatiosn at L4-L5, L5-S1 may cause significant problems.

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP Follow Up | 10/22/2020 00:00 | Medical Provider 1 |

In office visit to discuss plan for back [see 10/14/20 note]

| | | | |
|---|---|---|---|
| Co-Pay Required: | No | Cosign Required: | No |
| Telephone/Verbal Order: | No | | |
| Standing Order: | No | | |

Completed by Stallman, Timothy [TS4] DO on 10/14/2020 16:28

41

## Michigan Department of Corrections
## Clinical Encounter

| | | | |
|---|---|---|---|
| Offender Name: THOMPSON, DERICO J | | | |
| Date of Birth: | Sex: M | Facility: KCF | |
| Encounter Date: 10/23/2020 08:17 | Provider: Stallman, Timothy [TS4] | Unit: E2 | |

MP Provider Encounter encounter performed at Clinic.

### SUBJECTIVE:

COMPLAINT 1     Provider: Stallman, Timothy [TS4] DO

Chief Complaint:    Musculoskeletal

Subjective:    45 year old male, medical history of CBP, telephone encounter for a EMG, symptom and medication review.
3/11/20 MRI LS spine 'mild lumbar DJD, L4-L5 moderate central canal stenosis and bilateral neural foraminal stenosis, moderate sized broad based central disk herniation, L5-S1 small focal central disk herniation with bilateral neural foraminal stenosis. Patient has an EMG scheduled in the near future. Onset of the back pain 9/2019, states he was doing "bend over roll", "90 #", states felt something at the time of the injury, 'sharp pain' with radiation to the lower leg, radiating to the right and left. Content of the pain is "up there, an 8 or 10". Better with no know cause, sometime with positioning, had been on relafen, "don't work". Activity at present includes pull ups and dips. Sleep is "terrible" hard to sleep, some nites better than others.
8/5/20 EMG 'consistant with left L5 radiculopathy, lesser right L5 lumbar radiculopathy'

9/22/20 UPHS neurosurgical follow up. Lifting injury one year ago, EMG revealing left L5 radiculopathy;
3/11/20 MRI demonstrates loweer lumbar stenosis at L4-L5 and L5-S1 with central disc protrusions and
significant segmental stenosis consequent to congenitall short pedicles'. Patient a candidate for surgical
intervention in light of the imaging and EMG findings. Recommend lumbar decompressive laminectomy L4,
L5, S1 with fusion L4-S1. Reluctant to consider simple decompression, has mild lordosis, concern that
subsequent disc herniatiosn at L4-L5, L5-S1 may cause significant problems.

Pain Location:

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:    DATE OF EXAM: 09/30/19
FACILITY OF EXAM: OFF-SITE
TYPE OF EXAM: LUMBAR SPINE, SIX VIEWS
FINDINGS: Side bending to the left is present. Mild facet joint arthritic changes are present of the lumbar spine. Loss
of height of the intervertebral disc space at the L5/S1 level represents degenerative disc changes. The vertebral bodies
are normal in size and shape. Marked fecal debris is seen throughout the course of the colon and rectal area to
represent constipation.
IMPRESSION:
1. Mild facet joint arthritic changes of the lumbar spine.
2. Degenerative disc change at the L5/S1 level.

42

Offender Name: THOMPSON, DERICO J
Date of Birth: ▓▓▓▓▓▓▓▓     Sex: M     Facility: KCF
Encounter Date: 10/23/2020 08:17     Provider: Stallman, Timothy [TS4]     Unit: E2

**OBJECTIVE:**

**Exam:**

**ASSESSMENT:**

Low back pain, M54.5 - Current, Chronic, Not Improved/Same

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | TRAMADOL HCL 50 MG TABS | 10/23/2020 08:17 | 10/23/2020 | 10 | one tablet By Mouth two times daily x 5 day(s) Pill Line Only |

     Indication: Low back pain

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Neurosurgery - Consultation | | Routine (review within 14 days) | No | |

Subtype:

    Henry Ford Allegiance Neurosurgery

Reason for Request:

    45 year old male, medical history of CBP, Onset of the back pain 9/2019, states he was doing "bend over roll","90 #", states felt something at the time of the injury, "sharp pain" with radiation to the lower leg. radiating to the right and left. Content of the pain is "up there, an 8 or 10". Better with no know cause, sometime with positioning, had been on relafen, "don't work". Activity at present includes pull ups and dips. Sleep is "terrible" hard to sleep, some nites better than others.
    8/5/20 EMG 'consistant with left L5 radiculopathy, lesser right L5 lumbar radiculopathy'

    Per 9/22/20 UPHS neurosurgical follow up.
    'Lifting injury one year ago, EMG revealing left L5 radiculopathy;
    3/11/20 MRI demonstrates lower lumbar stenosis at L4-L5 and L5-S1 with central disc protrusions and significant segmental stenosis consequent to congenital short pedicles'. Patient a candidate for surgical intervention in light of the imaging and EMG findings. Recommend lumbar decompressive laminectomy L4, L5, S1 with fusion L4-S1. Reluctant to consider simple decompression, has mild lordosis, concern that subsequent disc herniation at L4-L5, L5-S1 may cause significant problems.

    Patient will likely be in patient for several days, COVID issues in Marquette, request is for Neurosurgery consultation to consder surgery as above noted.

Provisional Diagnosis:
    CBP with radiculopathy

Additional Records Required for Consultation:
    Consultation Report(s), X-ray Image(s)

**Disposition:**

    Education Provided
    Kite PRN

**Other:**

43

Offender Name: THOMPSON, DERICO J
Date of Birth: ███████████
Encounter Date: 10/23/2020 08:17

Sex:        M
Provider:  Stallman, Timothy [TS4]

Facility:  KCF
Unit:      E2

Discussed the neurosurgery consult with the patient, high probability of being inpatient, and post surgery PT, DWF neurosurgery consult.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/23/2020 | Counseling | Access to Care | Stallman, Timothy | Verbalizes Understanding |

**Co-Pay Required:**          No        **Cosign Required:**  No
**Telephone/Verbal Order:**  No
**Standing Order:**          No

Completed by Stallman, Timothy [TS4] DO on 10/23/2020 09:46

## Michigan Department of Corrections
## Clinical Encounter

| | | |
|---|---|---|
| Offender Name: THOMPSON, DERICO J | | Off #: ▮ |
| Date of Birth: ▮ | Sex: M | Facility: KCF |
| Encounter Date: 11/04/2020 09:51 | Provider: Damron, Joseph B. [JD2] | Unit: E2 |

Nursing Note encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT 1      Provider: Damron, Joseph B. [JD2] RN

Chief Complaint: Musculoskeletal

Subjective: States lower back pain continues, I saw the Dr, a few wks ago and was started on Ultram x 5 days, it helped but order expired. Wondering if pain management has been notified or if off site appmt with neurology has been scheduled? NKA, rates back pain as a 6/10, Denies any numbness or tingling to extremities x 4. States he has nothing for pain as this time. States he does have a HWB and applies it to lower back at least daily with relief. Denies lifting wts or playing sports. Denies any urinary problems.

Pain Location:

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**

**GI**

**General**

No: Incontinence of Stool

**GU**

**General**

No: Pain or Colic, Testicular Pain

**History**

**Personal Medical**

Yes: Medical Conditions Related to Encounter, Describe Symptoms, When did symptoms begin, What makes symptoms worse, What makes symptoms better
see above RN notes

**Musculoskeletal**

**General**

No: Gait Abnormality

**Neurological**

**Autonomic System**

Yes: Control of Urination

**Sensory System**

No: Numbness

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|

Offender Name: THOMPSON, DERICO J                                       Off #: ▓▓▓▓▓
Date of Birth: ▓▓▓▓▓▓▓▓                          Sex:    M              Facility:  KCF
Encounter Date: 11/04/2020 09:51                 Provider: Damron, Joseph B. [JD2]    Unit:     E2

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|------------|---------|----------|----------|
| 11/04/2020 | 09:51 KCF | 97.8 | 36.6 | | Damron, Joseph B. [JD2] RN |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 11/04/2020 | 09:51 KCF | 70 | | | Damron, Joseph B. [JD2] RN |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 11/04/2020 | 09:51 KCF | 18 | Damron, Joseph B. [JD2] RN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 11/04/2020 | 09:51 KCF | 121/77 | | | | Damron, Joseph B. [JD2] RN |

SpO2:

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 11/04/2020 | 09:51 KCF | 100 | | Damron, Joseph B. [JD2] RN |

Height:

| Date | Time | Inches | Cm | Provider |
|------|------|--------|----|----------|
| 11/04/2020 | 09:51 KCF | 72.0 | 182.9 | Damron, Joseph B. [JD2] RN |

Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|----|--------------|----------|
| 11/04/2020 | 09:51 KCF | 157.6 | 71.5 | | Damron, Joseph B. [JD2] RN |

Exam:

**Abdomen**

**Palpation**

No: Flank Tenderness

**General**

**Appearance**

Yes: Alert and Oriented to Time, Place, and Person

No: Appears in Distress, Appears in Pain

**Musculoskeletal**

**Back**

No: Normal Exam

46 yr old male ambulates to health services without incident, gait steady, sits and rises from sitting position without incident. points to lower thoracic/lumbar area bilateral as areas of pain, no swelling, no spasm noted, pt able to bend forward and touch toes but c/o increased lower back pain bilateral when doing so, rates pai as a 6/10. Per chart review pt was seen by MP  on 10/23 for back pain,, see MP notes/orders. Pt has hx of LS mid lumbar DJD L4-L5. Equal/strong hand garsps bilateral, brisk capillary refill nail beds< 3 seconds. Pt advised to apply HWB to back at least 4-5 x;s daily x 30 minutes each, OTC Ibuprofen 400mg po q 6-8 hrs prn for pain, 12 pkts issued, discussed back stretching exercxies, do daily, referral made to MP, notify health servcies prn, states understanding.

**Neurologic**

**Motor System-Strength**

Yes: Normal Muscular Strength

**ASSESSMENT:**

Alteration in Comfort

r/t back pain

Offender Name: THOMPSON, DERICO J       Off #: ▮▮▮▮▮
Date of Birth: ▮▮▮▮▮▮▮▮    Sex:    M      Facility: KCF
Encounter Date: 11/04/2020 09:51    Provider: Damron, Joseph B. [JD2]    Unit: E2

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP Follow Up | 11/06/2020 00:00 | Medical Provider 1 |

MP 1 F/U appmt 11/6 for c/o lower back pain increasing, Ultram expired, was helping, not on any analgesic.

**Disposition:**

Education Provided
Follow-up at Sick Call as Needed
Kite PRN
Refer to Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/04/2020 | Counseling | Compliance - Treatment | Damron, Joseph B. | Verbalizes Understanding |

**Co-Pay Required:**    No      **Cosign Required:** No
**Telephone/Verbal Order:**    No
**Standing Order:**    No

Completed by Damron, Joseph B. [JD2] RN on 11/04/2020 10:17

47

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | Off #: | |
| Date of Birth: | | Sex: M | Facility: | KCF |
| Note Date: | 11/05/2020 07:46 | Provider: Stevens, Sharolyn M. | Unit: | E2 |

Administrative encounter performed at Non Patient Contact.
**Administrative Notes:**

 ADMINISTRATIVE NOTE 1  Provider: Stevens, Sharolyn M. [SS17]
  Scheduling prep for offsite and c/r for provider re: outside 30 days.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Prep | One Time | | Fill out paperwork for HFAH Neurosurgery and give to Sharolyn when completed. | Stevens, Sharolyn M. [SS17] |
| | Discontinue Reason: | | | |
| | Order Date: | 11/05/2020 | | |
| | End Date: | | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart Review | 11/09/2020 00:00 | Medical Provider 1 |

 Offsite was approved 10/27/20 and scheduled 12/7/20. This is more than 30 days, is this ok.

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Stevens, Sharolyn M. [SS17] on 11/05/2020 07:49

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | | Off #: | |
| Date of Birth: | | Sex: | M | Facility: | KCF |
| Note Date: | 11/17/2020 11:14 | Provider: | Stallman, Timothy [TS4] | Unit: | E2 |

Chart Review/Update encounter performed at Non Patient Contact.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Stallman, Timothy [TS4] DO

45 year old male, medical history of CBP, .
3/11/20 MRI LS spine 'mild lumbar DJD, L4-L5 moderate central canal stenosis and bilateral
neural foraminal stenosis, moderate sized broad based central disk herniation, L5-S1 small
focal central disk herniation with bilateral neural foraminal stenosis.
8/5/20 EMG 'consistant with left L5 radiculopathy, lesser right L5 lumbar radiculopathy'
9/22/20 UPHS neurosurgical follow up. Lifting injury one year ago, EMG revealing left L5
radiculopathy; Patient a candidate for surgical intervention in light of the imaging and EMG findings.
Recommend lumbar decompressive laminectomy L4, L5, S1 with fusion L4-S1. Reluctant to consider simple
decompression, has mild lordosis,
concern that subsequent disc herniations at L4-L5, L5-S1 may cause significant problems.
Offsite scheduled > 30 days, not an issue.


| | |
|---|---|
| **Co-Pay Required:** | No |   **Cosign Required:**  No |
| **Telephone/Verbal Order:** | No |
| **Standing Order:** | No |

Completed by Stallman, Timothy [TS4] DO on 11/17/2020 11:19

49

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: THOMPSON, DERICO J | | | | Off #: | |
| Date of Birth: | | Sex: | M | Facility: | KCF |
| Note Date: | 11/22/2020 17:20 | Provider: | Couturier, Gina [GC1] PA Unit: | | E2 |

COVID-19 encounter performed at Non Patient Contact.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Couturier, Gina [GC1] PA

Recent Covid 19 diagnosis. Supplements and labs ordered per protocol

**ASSESSMENTS:**

COVID-19, U07.1 - Current, Temporary/Acute, Initial

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | C-1000 Oral Tablet 1000 MG | 11/22/2020 17:20 | 11/22/2020 | 14 | 1 tab By Mouth two times daily x 7 day(s) |
| | Indication:  COVID-19 | | | | |
| | CHOLECALCIFEROL 5000 UNITS CAPS | 11/22/2020 17:20 | 11/22/2020 | 7 | 1 cap By Mouth daily x 7 day(s) |
| | Indication:  COVID-19 | | | | |
| | THIAMINE 100MG TABS | 11/22/2020 17:20 | 11/22/2020 | 28 | 2 tabs By Mouth two times daily x 7 day(s) |
| | Indication:  COVID-19 | | | | |
| | Zinc Sulfate Oral Capsule 50 MG | 11/22/2020 17:20 | 11/22/2020 | 14 | 1 tab By Mouth two times daily x 7 day(s) |
| | Indication:  COVID-19 | | | | |
| | MULTI-VITAMINS W/MINERALS/FE TABS | 11/22/2020 17:20 | 11/22/2020 | 30 | 1 tab By Mouth daily PRN x 180 day(s) -- Covid 19 KITE FOR REFILLS may refill 5 times |
| | Indication:  COVID-19 | | | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| All Lab Tests-C-COVID LAB PANEL | One Time | 11/25/2020 00:00 | Routine |
| Labs requested to be reviewed by : | Jamros, Wendy [WJ] NP | | |
| All Lab Tests-S-SARS-COV-2 IGG | One Time | 12/08/2020 00:00 | Routine |
| Labs requested to be reviewed by : | Jamros, Wendy [WJ] NP | | |

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:**  No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Couturier, Gina [GC1] PA on 11/22/2020 17:24

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | | Off #: |
| Date of Birth: | | Sex: | M | Facility: KCF |
| Note Date: | 12/06/2020 17:24 | Provider: | Kubont, Trisha [TK5] RN | Unit: E2 |

COVID-19 encounter performed at Housing Unit.

**Administrative Notes:**

    ADMINISTRATIVE NOTE  **1**      Provider: Kubont, Trisha [TK5] RN

        Reason seen: COVID positive evaluation
        Acuity score: 0
        Date/Time of last dose of Antipyretic and what was taken: none taken x 24 hours
        Has OTCs in cell to use: yes
        Provided OTCs : none requested
        SOB: no
        Cough: no
        Sore Throat: no
        Muscle Aches/Pain: no
        Headache: yes
        Diarrhea: no
        Nausea: no
        Sweats/Chills/Shaking: no
        Loss of Taste/Smell: no
        Fatigue: no
        Nursing Education provided: instructed to increase fluid intake, wash hands frequently, cover your cough and
        sneeze with a tissue, wear your mask while outside your cube.
        Additional Info: denies additional s/s.

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 12/06/2020 | 17:26 | KCF | 97.7 | 36.5 | | Kubont, Trisha [TK5] RN |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 12/06/2020 | 17:26 | KCF | 76 | | | Kubont, Trisha [TK5] RN |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 12/06/2020 | 17:26 | KCF | 16 | Kubont, Trisha [TK5] RN |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 12/06/2020 | 17:26 | KCF | Unavailable | | | | Kubont, Trisha [TK5] RN |

**SpO2:**

| Date | Time | | Value(%) | Air | Provider |
|---|---|---|---|---|---|
| 12/06/2020 | 17:26 | KCF | 98 | | Kubont, Trisha [TK5] RN |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 12/06/2020 | 17:26 | KCF | Unavailable | 0.0 | | Kubont, Trisha [TK5] RN |

**Co-Pay Required:** No      **Cosign Required:** No

**Telephone/Verbal Order:** No

**Standing Order:** No

Completed by Kubont, Trisha [TK5] RN on 12/06/2020 17:27

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Offender Name: THOMPSON, DERICO J | | Off #: | |
| Date of Birth: | Sex: M | Facility: | KCF |
| Note Date: 12/16/2020 09:59 | Provider: Knack, Jessica [JK6] RN | Unit: | E2 |

COVID-19 encounter performed at Housing Unit.
**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Knack, Jessica [JK6] RN

Reason seen: COVID positive evaluation
Temp: 98.1
Acuity Score: 0

SOB: no
Cough: no
Sore Throat: no
Muscle Aches/Pain: no
Headache: no
Diarrhea: no
Nausea: no
Fatigue: no
Sweats/Chills/Shaking: no
Loss of Taste/Smell: yes
Nursing Education provided: Instructed to increase fluid intake, wash hands frequently, cover your cough and sneeze with tissue.
Additional Info: nasal burning and congestion

Pt symptomatic until 12-12-2020. Unable to step down.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/16/2020 | 09:58 KCF | 98.1 | 36.7 | | Knack, Jessica [JK6] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/16/2020 | 09:58 KCF | 70 | | | Knack, Jessica [JK6] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/16/2020 | 09:58 KCF | 18 | Knack, Jessica [JK6] RN |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/16/2020 | 09:58 KCF | 99 | | Knack, Jessica [JK6] RN |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| COVID-19 | 12/28/2020 00:00 | Nurse |

Step down eval from 12-16-2020, last s/s 12-12-2020

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Knack, Jessica [JK6] RN on 12/16/2020 10:05

52

## Michigan Department of Corrections
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Offender Name:  THOMPSON, DERICO J | | | | |
| Date of Birth: ▬ | Sex: | M | Facility: | KCF |
| Encounter Date:  12/29/2020 14:53 | Provider: | Ball, Wendy L. [WB] RN | Unit: | E2 |

Administrative encounter at Non Patient Contact.

**Reason Not Done:**   Refused

**Comments:** COVID Binax test for HFAH neurosurgery appt on 1/11/2021- complete testing and have spreadsheet completed and send to Sharolyn/wendy for reporting purposes. Fax result to 517-205-1713 **DO NOT MOVE

**Cosign Required:** No

Completed by Ball, Wendy L. [WB] RN on 12/29/2020 14:53.

53

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | Off #: | ███████ |
| Date of Birth: | ██████████ | Sex:     M | Facility: | KCF |
| Note Date: | 01/05/2021 13:44 | Provider:   Stevens, Sharolyn M. | Unit: | E2 |

Administrative encounter performed at Non Patient Contact.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**     Provider:   Stevens, Sharolyn M. [SS17]

        Offsite scheduled outside 30 days, c/r to provider.

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Chart Review - 30 Day Review | 01/08/2021 00:00 | Medical Provider 1 |

    Offsite was approved 10/27/20 and has been rescheduled to 1/18/21 due to the provider being out of the office. This is more than 30 days, is this ok.

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:**  No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Stevens, Sharolyn M. [SS17] on 01/05/2021 13:46

54

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | | Off #: | |
| Date of Birth: | | Sex: | M | Facility: | KCF |
| Note Date: | 01/15/2021 14:27 | Provider: | Stallman, Timothy [TS4] | Unit: | E2 |

Chart Review/Update encounter performed at Non Patient Contact.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:  Stallman, Timothy [TS4] DO

46 year old male, medical history of CBP,
3/11/20 MRI LS spine 'mild lumbar DJD, L4-L5 moderate central canal stenosis and bilateral
neural foraminal stenosis, moderate sized broad based central disk herniation, L5-S1 small
focal central disk herniation with bilateral neural foraminal stenosis.
8/5/20 EMG 'consistant with left L5 radiculopathy, lesser right L5 lumbar radiculopathy'
9/22/20 UPHS neurosurgical follow up. Lifting injury one year ago, EMG revealing left L5
radiculopathy; Patient a candidate for surgical intervention in light of the imaging and EMG
findings.
Recommend lumbar decompressive laminectomy L4, L5, S1 with fusion L4-S1. Reluctant to
consider simple decompression, has mild lordosis,
concern that subsequent disc herniations at L4-L5, L5-S1 may cause significant problems.
Offsite scheduled > 30 days, not an issue.  HFAH neurosurgery appt on  was on 1/11/2021 Offsite approved
10/27/20 has been rescheduled again to 2/22/21 per MDOC.  Not a clinical issue.

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Stallman, Timothy [TS4] DO on 01/15/2021 14:31

55

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | | Off #: | |
| Date of Birth: | | Sex: | M | Facility: | KCF |
| Note Date: | 02/12/2021 08:39 | Provider: | Stallman, Timothy [TS4] | Unit: | E2 |

MP Chart Review encounter performed at Non Patient Contact.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:   Stallman, Timothy [TS4] DO

46 year old male, medical history of CBP,
3/11/20 MRI LS spine 'mild lumbar DJD, L4-L5 moderate central canal stenosis and bilateral neural foraminal stenosis, moderate sized broad based central disk herniation, L5-S1 small focal central disk herniation with bilateral neural foraminal stenosis.
8/5/20 EMG 'consistant with left L5 radiculopathy, lesser right L5 lumbar radiculopathy'
9/22/20 UPHS neurosurgical follow up. Lifting injury one year ago, EMG revealing left L5 radiculopathy; Patient a candidate for surgical intervention in light of the imaging and EMG findings.
Recommend lumbar decompressive laminectomy L4, L5, S1 with fusion L4-S1. Reluctant to consider simple decompression, has mild lordosis,
concern that subsequent disc herniations at L4-L5, L5-S1 may cause significant problems.
Offsite scheduled > 30 days, not an issue. HFAH neurosurgery appt on was on 1/11/2021 Offsite approved 10/27/20 has been rescheduled again to 2/22/21 and rescheduleed again per MDOC. Not a clinical issue.

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Stallman, Timothy [TS4] DO on 02/12/2021 08:43

56

# Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | | Off #: |
| Date of Birth: | | Sex: | M | Facility: KCF |
| Note Date: | 02/12/2021 10:44 | Provider: | Stevens, Sharolyn M. | Unit: E2 |

Administrative encounter performed at Non Patient Contact.
**Administrative Notes:**

   ADMINISTRATIVE NOTE   **1**      Provider:  Stevens, Sharolyn M. [SS17]
          Offsite rescheduled outside 30 days, scheduling chart review for provider.

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart Review - 30 Day Review | 02/17/2021 00:00 | Medical Provider 1 |

   Offsite originally approved 10/27/2020 and rescheduled again to 04/06/2021. This is more than 30 days, is this ok.

| | | |
|---|---|---|
| Chart Review - 30 Day Review | 03/17/2021 00:00 | Medical Provider 1 |

   Offsite originally approved 10/27/2020 and rescheduled again to 04/06/2021. This is more than 30 days, is this ok.

**Co-Pay Required:**          No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

**Standing Order:**           No

Completed by Stevens, Sharolyn M. [SS17] on 02/12/2021 11:49

57

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | THOMPSON, DERICO J | | | Off #: | ███████ |
| Date of Birth: | ███████ | Sex: | M | Facility: | KCF |
| Note Date: | 02/17/2021 09:25 | Provider: | Stallman, Timothy [TS4] | Unit: | E2 |

MP Chart Review encounter performed at Non Patient Contact.
**Administrative Notes:**

   ADMINISTRATIVE NOTE   **1**        Provider:  Stallman, Timothy [TS4] DO

   46 year old male, medical history of CBP,
   3/11/20 MRI LS spine 'mild lumbar DJD, L4-L5 moderate central canal stenosis and bilateral
   neural foraminal stenosis, moderate sized broad based central disk herniation, L5-S1 small
   focal central disk herniation with bilateral neural foraminal stenosis.
   8/5/20 EMG 'consistant with left L5 radiculopathy, lesser right L5 lumbar radiculopathy'
   9/22/20 UPHS neurosurgical follow up. Lifting injury one year ago, EMG revealing left L5
   radiculopathy; Patient a candidate for surgical intervention in light of the imaging and EMG
   findings.
   Recommend lumbar decompressive laminectomy L4, L5, S1 with fusion L4-S1. Reluctant to
   consider simple decompression, has mild lordosis,
   concern that subsequent disc herniations at L4-L5, L5-S1 may cause significant problems.
   Offsite scheduled > 30 days, not an issue. HFAH neurosurgery appt on was on 1/11/2021 Offsite approved
   10/27/20 has been rescheduled again to 2/22/21 and rescheduleed again, and again [4/2020] per MDOC. Not
   a clinical issue.

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** | No |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Stallman, Timothy [TS4] DO on 02/17/2021 09:29

58

## Michigan Department of Corrections
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Offender Name: THOMPSON, DERICO J | | | Off #: ▮▮▮▮ | |
| Date of Birth: ▮▮▮▮ | | Sex: M | Facility: KCF | |
| Encounter Date: 06/07/2021 16:24 | | Provider: Weist, Tara M. [TW3] NP | Unit: E2 | |

MP XNR encounter performed at Clinic.

**SUBJECTIVE:**

*PROVIDER VIBITS* (handwritten)

   **COMPLAINT 1**       Provider:   Weist, Tara M. [TW3] NP

   Chief Complaint:   Musculoskeletal

   Subjective:   Pt presents with c/o low back pain, which has flared up. Has long h/o back pain with herniated disk, esp on left. Was seen by neurosurgeon at Henry Ford Hospital on 5/3/21 which surgery was not recommended. Pt states when he was getting out of bed that he felt pain then numbness go down both legs laterally and posteriorly. Sensation went all the way to toes. Currently rates pain 6-7/10. He states he buckled then fell to his knees on the floor. He had to use wheel chair to get to health care. He has never tried trigger point injections in lumbar area.

   **Pain Location:**

   **Pain Scale:**

   **Pain Qualities:**

   **History of Trauma:**

   **Onset:**

   **Duration:**

   **Exacerbating Factors:**

   **Relieving Factors:**

   **Comments:**

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | | Provider |
|---|---|---|---|---|---|---|---|
| 06/07/2021 | 14:13 KCF | | 97.2 | 36.2 | | | Eicher, Dawn K. [DE] RN |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | | Rhythm | Provider |
|---|---|---|---|---|---|---|---|
| 06/07/2021 | 14:13 KCF | | 75 | | | | Eicher, Dawn K. [DE] RN |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider | |
|---|---|---|---|---|---|
| 06/07/2021 | 14:13 KCF | | 16 | Eicher, Dawn K. [DE] RN | |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 06/07/2021 | 14:13 KCF | | 135/79 | | | | Eicher, Dawn K. [DE] RN |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 06/07/2021 | 14:13 KCF | | Unavailable | 0.0 | | Eicher, Dawn K. [DE] RN |

**Exam:**

   **General**

      **Appearance**

         No: Appears in Distress

   **Musculoskeletal**

59

Offender Name: THOMPSON, DERICO J
Date of Birth: ▮▮▮▮▮▮▮                                            Off #: ▮▮▮▮▮▮
Encounter Date: 06/07/2021 16:24          Sex:      M            Facility: KCF
                                          Provider: Weist, Tara M. [TW3] NP    Unit:    E2

**Exam:**

    **Back**

        Yes: Tenderness

        No: Normal Exam, Muscle Spasm, Swelling, Ecchymosis, Erythema

    **Lumbar Spine ROM and Tests**

        ROM very limited. He is able to stand up from wheel chair and uses exam table to guide self. He was able to stand while getting injection to left paravertebral trigger point. Tenderness and muscle knot superior to left lateral iliac crest.

**ASSESSMENT:**

    Lumbosacral root disorders, not elsewhere classified, G54.4 - Current, Temporary/Acute, Initial

**PLAN:**

**Procedures**

    **Therapeutic/Diagnostic Injection**

        **Location**

            Back - [L]

        **Consent**

            Complications, risks, alternatives discussed - [L]

        Depomedrol 20mg with 1ml lidocaine 1% injected into left lumbar trigger point just superior to left lateral iliac crest. Pt tolerated procedure very well.

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** | No |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Weist, Tara M. [TW3] NP on 06/07/2021 16:26



60

**Michigan Department of Corrections**
**Clinical Encounter**

| | | |
|---|---|---|
| Offender Name: THOMPSON, DERICO J | | Off #: ▉▉▉▉ |
| Date of Birth: ▉▉▉▉ | Sex:       M | Facility: KCF |
| Encounter Date: 06/16/2021 09:18 | Provider:  Weist, Tara M. [TW3] NP | Unit:    E2 |

MP Provider Encounter encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT  1        Provider:   Weist, Tara M. [TW3] NP

Chief Complaint:   Musculoskeletal

Subjective:       Pain in lower back, currently 5/10, bilateral hips since 2019, and occ radiates down bilateral legs to feet-varies on route "mostly on side, sometimes back of legs". L>R.  Had injury to L4/L5 in weight pit years ago. Shooting pain that was causing his legs to buckle has resolved since receiving injection. He just received the naproxen so unsure how it is going to help. Took cymbalta in the past, but stopped after 2 weeks since he didn't feel as if it was helping. Discussed with him the need to take it longer before assessing affects. He is willing to try again. Has had fatigue the past 3 days. Seen neurosurgeon earlier this year for lumbar spine and he does not recommend surgery at this time

Pain Location:

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 06/16/2021 | 09:08 KCF | | 97.6 | 36.4 | | Krause, Jody M. [JK11] LPN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/16/2021 | 09:08 KCF | 69 | | | Krause, Jody M. [JK11] LPN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/16/2021 | 09:08 KCF | 16 | Krause, Jody M. [JK11] LPN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/16/2021 | 09:08 KCF | 125/85 | | | | Krause, Jody M. [JK11] LPN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 06/16/2021 | 09:08 KCF | 74.0 | 188.0 | Krause, Jody M. [JK11] LPN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 06/16/2021 | 09:08 KCF | 161.0 | 73.0 | | Krause, Jody M. [JK11] LPN |

**Exam:**

Musculoskeletal

Generated 06/17/2021 14:14 by Weist, Tara M. [TW3] NP                    MDOC - KCF                              Page 1 of 3

61

Offender Name: THOMPSON, DERICO J

| | | | |
|---|---|---|---|
| Date of Birth: ▮▮▮▮▮ | Sex: M | Facility: KCF | |
| Encounter Date: 06/16/2021 09:18 | Provider: Weist, Tara M. [TW3] NP | Unit: E2 | |

**Exam:**

**Lumbar Spine ROM and Tests**

Yes: Forward Flexion, Hyperextension, Lateral Bending, Rotation, Lower Extremities Strength Symmetric, Achilles Deep Tendon Reflex Normal, Patellar Deep Tendon Reflex Normal

No: Straight Leg Raise Test

Slight increase in pain with hyperextension, rotation and lateral bending. Tenderness with palpation paravertebral lumbar spine.

**ASSESSMENT:**

Lumbosacral root disorders, not elsewhere classified, G54.4 - Current, Temporary/Acute, Improved

Low back pain, M54.5 - Current, Chronic, Improved

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Data | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | NAPROXEN 500 MG TABS | 06/16/2021 09:18 | 06/17/2021 | 60 | Take 1 tab By Mouth two times daily PRN x 125 day(s) |
| | Indication: Low back pain, Lumbosacral root disorders, not elsewhere classified | | | | |
| | CHELATED MAGNESIUM MAG OXIDE/AMINO ACIDS 133MG TABS | 06/16/2021 09:18 | 06/17/2021 | 90 | Take 1 tab By Mouth three times daily x 125 day(s) |
| | Indication: Lumbosacral root disorders, not elsewhere classified | | | | |
| | DULOXETINE HCL 30 MG CAPS | 06/16/2021 09:18 | 06/17/2021 | 30 | Take 1 cap By Mouth at bedtime x 125 day(s) Pill Line Only |
| | Indication: Lumbosacral root disorders, not elsewhere classified | | | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| * Top 100 Labs-S-SEDIMENTATION RATE (WSR) | One Time | 06/23/2021 00:00 | Routine |
| All Lab Tests-C-C-REACTIVE PROTEIN (CRP), NON-CARDIAC | | | |
| All Lab Tests-R-RHEUMATOID FACTOR (RA) | | | |
| * Top 100 Labs-C-CBC/DIFF/PLT | | | |
| * Top 100 Labs-V-VITAMIN D, 25-HYDROXY | | | |
| * Top 100 Labs-V-VITAMIN B12 (VB12) | | | |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP Follow Up | 08/04/2021 00:00 | Medical Provider 2 |

f/u lumbosacral neuritis s/p starting cymbalta, Magnesium and naproxen 6 weeks ago.

**Disposition:**

Education Provided

**Other:**

Given spine conditioning handout.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

## Michigan Department of Corrections
## Clinical Encounter

| | | | |
|---|---|---|---|
| Offender Name: THOMPSON, DERICO J | | Off #: | |
| Date of Birth: █████████ | Sex: M | Facility: KCF | |
| Encounter Date: 09/01/2021 09:58 | Provider: Weist, Tara M. [TW3] NP | Unit: E2 | |

MP Provider Encounter encounter performed at Clinic.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Weist, Tara M. [TW3] NP

Chief Complaint: Musculoskeletal

Subjective: f/u of pain in lower back s/p d/c of cymbalta per pt request due to s/e and taking 20 day tapered dose of prednisone. He continues to take magnesium which he did notice some improvement, previously stated it helped "improve day-to-day functioning". Prednisone decreased pain to 5-6/10. Current pain 5-6/10. Since stopping the prednisone he had flare up last night, had to stretch due to it "aching so bad". Pt reports pain for the most part is controlled except for after rest whether it is sitting or laying down. Discussed importance of routine stretching/ROM.
He has had chronic pain in bilateral hips since 2019, and occ radiates down bilateral legs to feet-varies on route. L>R. Had injury to L4/L5 in weight pit years ago. Shooting pain that was causing his legs to buckle has resolved since receiving injection. Continues to have fatigue. Seen neurosurgeon earlier this year for lumbar spine and he does not recommend surgery at this time. Has bulging disks at L4/L5/S1. Will trial course of prednisone

Pain Location:

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/01/2021 | 09:36 KCF | 97.9 | 36.6 | | Hopkins, Taylor [TH8] RCA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/01/2021 | 09:36 KCF | 67 | | | Hopkins, Taylor [TH8] RCA |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/01/2021 | 09:36 KCF | 14 | Hopkins, Taylor [TH8] RCA |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/01/2021 | 09:36 KCF | 123/82 | | | | Hopkins, Taylor [TH8] RCA |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/01/2021 | 09:36 KCF | 100 | | Hopkins, Taylor [TH8] RCA |

**Height:**

63

Offender Name: THOMPSON, DERICO J

| | | | | | Off #: | ▓▓▓▓ |
|---|---|---|---|---|---|---|
| Date of Birth: ▓▓▓▓ | | | Sex: | M | Facility: | KCF |
| Encounter Date: 09/01/2021 09:58 | | | Provider: | Weist, Tara M. [TW3] NP | Unit: | E2 |

| Date | Time | | Inches | Cm | Provider | |
|---|---|---|---|---|---|---|
| 09/01/2021 | 09:36 KCF | | 74.0 | 188.0 | Hopkins, Taylor [TH8] RCA | |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 09/01/2021 | 09:36 KCF | | 160.2 | 72.7 | | Hopkins, Taylor [TH8] RCA |

**Exam:**

General

Appearance

Yes: Appears Well

No: Appears in Distress, Appears in Pain

Musculoskeletal

Gait

Yes: Normal Gait

No: Guarded Gait

Good trunk strength with raising and lowering to chair.

**ASSESSMENT:**

Lumbosacral root disorders, not elsewhere classified, G54.4 – Current, Temporary/Acute, Improved

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | APAP 325MG TABS | 09/01/2021 09:58 | 09/01/2021 | 60 | Take 1 tab By Mouth two times daily PRN x 365 day(s) — May take with naproxen. |
| | Indication: Low back pain, Lumbosacral root disorders, not elsewhere classified | | | | |
| | CHELATED MAGNESIUM MAG OXIDE/AMINO ACIDS 133MG TABS | 09/01/2021 09:58 | 09/01/2021 | 60 | Take 1 tab By Mouth two times daily x 365 day(s) |
| | Indication: Low back pain, Lumbosacral root disorders, not elsewhere classified | | | | |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| 5240680 7 | NAPROXEN 500 MG TABS | 09/01/2021 09:58 | 09/01/2021 | 60 | TAKE 1 TAB BY MOUTH TWICE DAILY AS NEEDED x 365 day(s) |
| | Indication: Low back pain, Lumbosacral root disorders, not elsewhere classified | | | | |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP Follow Up | 10/20/2021 00:00 | Medical Provider 2 |
| f/u lumbosacral neuritis, lumbar arthritis. Reassessment. rev 9/1 note | | |

**Disposition:**

Education Provided

**Other:**

Continue with spine conditioning exercises daily. Naproxen and tylenol together. DO NOT TAKE OTHER NSAIDs clearly explained to pt.

64

## Michigan Department of Corrections
## Clinical Encounter

| | | | |
|---|---|---|---|
| Offender Name: THOMPSON, DERICO J | | | Off #: ███████ |
| Date of Birth: ███████ | Sex: M | | Facility: KCF |
| Encounter Date: 10/20/2021 09:42 | Provider: Weist, Tara M. [TW3] NP | | Unit: E2 |

MP Provider Encounter encounter performed at Clinic.

**SUBJECTIVE:**

    COMPLAINT 1    Provider: Weist, Tara M. [TW3] NP

      Chief Complaint:  Musculoskeletal

      Subjective:  f/u of pain in lower back. He continues to take magnesium (but has only been taking once daily) which he did notice some improvement, previously stated it helped "improve day-to-day functioning". Taking naproxen and acetaminophen PRN, but has been out of naproxen for about 5 days. Previously trialed course of prednisone which decreased pain to 5-6/10. Since being out of prednisone the last 5 nights have been really hard, legs going numb. Current pain 4-5/10, "right now I'm actually good", "it's just at night time it's flaring up". Pt reports pain for the most part is controlled except for after rest whether it is sitting or laying down. Discussed importance of continued routine stretching/ROM.
[History: He has had chronic pain in bilateral hips since 2019, and occ radiates down bilateral legs to feet-varies on route. L>R. Had injury to L4/L5 in weight pit years ago. Shooting pain that was
causing his legs to buckle has resolved since receiving injection. Continues to have fatigue. Seen neurosurgeon earlier this year for lumbar spine and he does not recommend surgery at this time. Has bulging disks at L4/L5/S1.]

      Pain Location:

      Pain Scale:

      Pain Qualities:

      History of Trauma:

      Onset:

      Duration:

      Exacerbating Factors:

      Relieving Factors:

      Comments:

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/20/2021 | 09:39 KCF | 98.2 | 36.8 | | Hopkins, Taylor [TH8] RCA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/20/2021 | 09:39 KCF | 66 | | | Hopkins, Taylor [TH8] RCA |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/20/2021 | 09:39 KCF | 16 | Hopkins, Taylor [TH8] RCA |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/20/2021 | 09:39 KCF | 133/81 | | | | Hopkins, Taylor [TH8] RCA |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/20/2021 | 09:39 KCF | 99 | | Hopkins, Taylor [TH8] RCA |

Offender Name: THOMPSON, DERICO J
Date of Birth: ▓▓▓▓▓▓▓                                                    Off #: ▓▓▓▓▓▓▓
Encounter Date: 10/20/2021 09:42        Sex:      M                       Facility: KCF
                                        Provider: Weist, Tara M. [TW3] NP  Unit:     E2

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|

**Height:**

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 10/20/2021 | 09:39 KCF | 74.0 | 188:0 | Hopkins, Taylor [TH8] RCA |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 10/20/2021 | 09:39 KCF | 165.6 | 75.1 | | Hopkins, Taylor [TH8] RCA |

**Exam:**

  Musculoskeletal
    Lumbar Spine ROM and Tests
      Yes: Forward Flexion, Hyperextension, Lateral Bending, Rotation
      No: Straight Leg Raise Test
      Tenderness left paravertebral and inferior to left iliac crest

**ASSESSMENT:**

  Lumbosacral root disorders, not elsewhere classified, G54.4 - Current, Temporary/Acute, Improved

  Low back pain, M54.5 - Current, Chronic, Improved

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|-----|------------|------------|------------|----------|------------------|
| | DEPO-Medrol Injection Suspension 80 MG/ML | 10/20/2021 09:42 | 10/20/2021 | 1 | Inject 0.25ml Intramuscularly one time x 30 day(s) — Into each trigger point. FOR PROCEDURE |

        Indication:   Low back pain, Lumbosacral root disorders, not elsewhere classified

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|----------|----------------|--------------------|
| Procedure | 11/03/2021 00:00 | Medical Provider 2 |

      PROCEDURE: Trigger point injections 2-3

**Disposition:**

  Education Provided

**Other:**

  Encouraged to take magnesium as ordered.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 10/20/2021 | Counseling | Plan of Care | Weist, Tara M. | Verbalizes Understanding |

**Co-Pay Required:**       No        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

**Standing Order:**        No

Completed by Weist, Tara M. [TW3] NP on 10/20/2021 10:06

Generated 10/20/2021 10:06 by Weist, Tara M. [TW3] NP          MDDC - KCF                    Page 2 of 2

66