

**War Memorial Hospital**
**500 Osborn Blvd,**
**Sault Sainte Marie, MI 49783**

Diagnostic Imaging Report
MR Lumbar Spine wo con
Signed

Patient: Thompson, Derico Jamar
DOB:
Age/Sex: 46 / M
Attending Provider: Wendy K. Jamros NP~
Ordering Provider: Wendy K Jamros RNC MS FNP~
Primary Care Provider: ~
Referring Provider: ~
Ordering Location: KCF~

MR#: M000443126
Acct: V00020306742
Patient Status: REG CLI
Location: DI
Admit/Service Date: 03/11/20
Date of Service: 03/11/20
Reservation Date: 03/11/20

Procedure(s): MR Lumbar Spine wo con
Accession Number(s): A0000134916WMI

cc: ~

MRI LUMBAR SPINE

Multisequence, multiecho MR imaging of the lumbar spine was performed.

CLINICAL HISTORY
Low back pain.

Normal vertebral body height and alignment. Mild disk space narrowing L5-S1 with mild hypertrophic spurring. Degenerative loss of disk signal L5-S1.

L4-5, moderate central canal stenosis and bilateral neural foraminal stenosis secondary to facet and ligamentum flavum hypertrophy. Moderate-sized broad-based central disk herniation effacing ventral thecal sac and encroaching upon bilateral exiting neural foramina, greater on the right.

L5-S1, bilateral neural foraminal stenosis secondary to facet and ligamentum flavum hypertrophy. Small focal central disk herniation, mildly effacing ventral epidural fat.

Conus medullaris satisfactory.

**Impression/Summary**
ACCESSION #: A0000134916WMI MR/MR Lumbar Spine wo con

1. Mild lumbar degenerative disease.
2. L4-5 moderate central canal stenosis and bilateral neural foraminal stenosis. Moderate-sized broad-based central disk herniation.
3. L5-S1 small focal central disk herniation with bilateral neural foraminal stenosis.

WMI  2 of 2
Patient name: Thompson,Derico Jamar
Acct#: V00020306742
Procedure: MR Lumbar Spine wo con

Dictated By:        Ralph J Duman, MD                              DD/DT: 03/11/20 1516
Signed By:          <Electronically signed by Ralph J Duman, MD>   SD/ST: 03/11/20 1542
Transcriptionist:   TRA00INT                                        TD/TT: 03/11/20 1523
Technologist:       Shannon Leigh Browning