# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

PATIENT: DERICO THOMPSON
DATE OF BIRTH: 09/03/1974
DATE: 01/06/2020 6:52 AM
VISIT TYPE: Provider Visit-scheduled

### Chief Complaint/Reason for visit:
This 45 year old male presents with lumbago: late entry 1/2/20.

### History of Present Illness
1. Lumbago: Late entry 1/2/20

Additional comments:
9/25/19: Patient suffered injury to low back ~9/17/19. He states he was row lifting 95#'s and developed a spasm in his low back with RLE radiculopathy. He describes it as being in the lateral aspect of his hip to his knee (burning). He was seen by nursing for initial treatment. The back spasm has resolved but he still has the discomfort in his leg. No B/B incontinence. No saddle anesthesia. 10/3/19: patient states he continues to experience sharp/burning pain in the lateral thigh and now extending to his lateral calf (L5-S1 dermatome). He had brief improvement with Toradol and Prednisone. He has been doing simple stretches. Physical exam reveals intact DTR's, straight leg raise positive on the right. Generalized tenderness right lumbar. Patient has completed his HEP and has had no improvement. He has to sit to use the phone, microwave, etc otherwise his back will spasm.

### Medications Active Prior to Today's Visit

| Drug Name | Dose | Qty | Description |
|---|---|---|---|
| Prednisone | 10 Mg | 1 | Take as directed on package (from stock: start 1/3/2020) |
| Naprosyn | 500 Mg | 60 | take one tablet twice a day as needed |

### Allergies

| Allergen/Ingredient | Brand | | Reaction: |
|---|---|---|---|
| Nka | | | |

### Physical Exam
**Constitutional:**
Level of distress is mild distress, due to pain. Nourishment type is well developed and well nourished. Overall appearance is age appropriate and good hygiene.

**Vascular:**

Pulses
Dorsalis pedis pulses: normal. Posterior tibial pulses: normal.

**Back / Spine:**
Comments: See HPI

THOMPSON, DERICO

1/{#_OF_PAGES}

**Extremities:**
Dorsalis pedis pulses: normal.
Posterior tibial pulses: normal.
No edema is present.
**Neurological:**
Level of Consciousness: Normal.
Orientation: Alert and oriented X 3. Grossly normal intellect. .
Memory: Intact. .
**Psychiatric:**
The patient's affect is normal.

**Assessment/ Plan**
Lumbago (724.2)
- Medications today. Consider EMG request

**Office Services**

| Status | ApptDate | Timeframe | Order | Reason | Interpretation |
|---|---|---|---|---|---|
| Value | | | | | |
| completed | 01/06/2020 | -today | Healthy Choices | | |

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 01/06/2020 | Continue current medication | |
| completed | 01/06/2020 | Take new medication as prescribed | |
| completed | 01/06/2020 | Patient was reassured | |
| completed | 01/06/2020 | Follow exercise program | |
| completed | 01/06/2020 | Patient education provided and patient voiced understanding | |

Document generated by: Wendy K. Jamros, NP 01/06/2020 6:58 AM

THOMPSON, DERICO

2/{#_OF_PAGES}

## Michigan Department of Corrections
## Clinical Encounter

| | | |
|---|---|---|
| Offender Name: THOMPSON, DERICO J | Sex: M | Off #: 0234651 |
| Date of Birth: ██████ | Provider: Knack, Jessica [JK6] RN | Facility: KCF |
| Encounter Date: 07/02/2020 08:20 | | Unit: E2 |

Nursing Note encounter performed at Clinic.

**SUBJECTIVE:**

   COMPLAINT 1    Provider: Knack, Jessica [JK6] RN

      Chief Complaint: Musculoskeletal

      Subjective: Pt c/o low back pain unrelieved by Relafen. States maybe Cymbalta was helping more than he thought because pain has increased since stopping it. States three days ago he was incontinent of stool one time. States he needs another shot for pain.

      Pain Location:
      Pain Scale:
      Pain Qualities:
      History of Trauma:
      Onset:
      Duration:
      Exacerbating Factors:
      Relieving Factors:
      Comments:

**ROS:**

   Musculoskeletal
      General
         Yes: Normal, Low Back Pain
         No: Gait Abnormality, Mid-back Pain, Swelling, Wasting or Atrophy

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 07/02/2020 | 08:20 | KCF | 98.0 | 36.7 | | Knack, Jessica [JK6] RN |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 07/02/2020 | 08:20 | KCF | 64 | | | Knack, Jessica [JK6] RN |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 07/02/2020 | 08:20 | KCF | 16 | Knack, Jessica [JK6] RN |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 07/02/2020 | 08:20 | KCF | 124/76 | | | | Knack, Jessica [JK6] RN |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 07/02/2020 | 08:20 | KCF | 157.0 | 71.2 | | Knack, Jessica [JK6] RN |

**Exam:**

   Musculoskeletal
      Back

| | |
|---|---|
| Offender Name: THOMPSON, DERICO J | Off #: 0234651 |
| Date of Birth: | Facility: KCF |
| Encounter Date: 07/02/2020 08:20   Sex: M   Provider: Knack, Jessica [JK6] RN | Unit: E2 |

**Exam:**

Yes: Upright Posture, Normal Exam, Non-tender on Palpation, Normal Bony Landmarks, Symmetric, Neurovascular Intact, Inflammation

No: Muscle Spasm, Muscle Atrophy, Costovertebral Angle Tenderness, Swelling, Ecchymosis, Erythema

Remote weight pit injury. Awaiting approved EMG.

**ASSESSMENT:**

Alteration in Comfort

**PLAN:**

**Disposition:**

Refer to Provider

**Other:**

Order received from W. Jamros, NP for Toradol 60mg IM now. Has f/u MP appt scheduled as well as EMG. Informed MP of report of stool incontinence.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/02/2020 | Counseling | Plan of Care | Knack, Jessica | Verbalizes Understanding |

**Co-Pay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No
**Standing Order:** No

Completed by Knack, Jessica [JK6] RN on 07/02/2020 08:49

Generated 07/02/2020 08:49 by Knack, Jessica [JK6] RN      MDOC - KCF      Page 2 of 2

## Michigan Department of Corrections
## Clinical Encounter

| | | |
|---|---|---|
| Offender Name: THOMPSON, DERICO J | Sex: M | Off #: 0234651 |
| Date of Birth: ████████ | Provider: Knack, Jessica [JK6] RN | Facility: KCF |
| Encounter Date: 07/06/2020 13:31 | | Unit: E2 |

Nursing Note encounter performed at Clinic.

**SUBJECTIVE:**

    COMPLAINT 1    Provider: Knack, Jessica [JK6] RN

    Chief Complaint: Musculoskeletal

    Subjective: Pt here with c/o another episode of fecal incontinence that he knows is related to the pain in his back. States this is the second time it's happened and he is becoming concerned.

    **Pain Location:**

    Pain Scale:

    Pain Qualities:

    History of Trauma:

    Onset:

    Duration:

    Exacerbating Factors:

    Relieving Factors:

    Comments:

**ROS:**

    Musculoskeletal

        General

            Yes: Hip Pain, Joint Pain, Low Back Pain, Mid-back Pain
            No: Gait Abnormality, Knee Pain, Muscle Aches, Muscular Weakness, Spasm, Spinal Injury, Sprains, Stiffness, Swelling, Wasting or Atrophy, Wrist Pain

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/06/2020 | 13:31 KCF | 98.4 | 36.9 | | Knack, Jessica [JK6] RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/06/2020 | 13:31 KCF | 77 | | | Knack, Jessica [JK6] RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/06/2020 | 13:31 KCF | 18 | Knack, Jessica [JK6] RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/06/2020 | 13:31 KCF | 125/73 | | | | Knack, Jessica [JK6] RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/06/2020 | 13:31 KCF | 159.4 | 72.3 | | Knack, Jessica [JK6] RN |

**Exam:**

    Musculoskeletal

        Back

Offender Name: THOMPSON, DERICO J  
Date of Birth:  
Encounter Date: 07/06/2020 13:31  
Sex: M  
Provider: Knack, Jessica [JK6] RN  
Off #: 0234651  
Facility: KCF  
Unit: E2  

**Exam:**

Yes: Upright Posture, Normal Exam, Normal Bony Landmarks, Symmetric, Neurovascular Intact, Tenderness, Inflammation, Warm to Touch, Trauma

No: Non-tender on Palpation, Muscle Spasm, Joint Deformity, Malalignment, Muscle Rupture, Muscle Atrophy, Swelling, Ecchymosis, Erythema, Effusion, Subcutaneous Nodules, Crepitus, Clicking, Popping

Remote weight pit injury.  Strength is equal bilaterally.

**ASSESSMENT:**

Alteration in Comfort

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
|  | SOLU-Medrol Injection Solution Reconstituted 125 MG | 07/06/2020 13:31 | 07/06/2020 |  | 125mg/2ml Intramuscularly one time x 1 day(s) Pill Line Only |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP UNR | 07/07/2020 00:00 | Medical Provider 1 |

Intractable back pain, reports fecal incontinence x 2

**Disposition:**

Education Provided

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/06/2020 | Counseling | Medication Side Effects | Knack, Jessica | Verbalizes Understanding |

**Co-Pay Required:** Yes  **Cosign Required:** Yes  
**Telephone/Verbal Order:** Yes  **By:** Jamros, Wendy [WJ] NP  
**Standing Order:** No  

**Telephone or Verbal order read back and verified.**

Completed by Knack, Jessica [JK6] RN on 07/06/2020 14:11  
Requested to be cosigned by  Jamros, Wendy [WJ] NP.  
Cosign documentation will be displayed on the following page.  
Requested to be reviewed by  Jamros, Wendy [WJ] NP.  
Review documentation will be displayed on the following page.

## Michigan Department of Corrections
## Clinical Encounter

| | | |
|---|---|---|
| Offender Name: THOMPSON, DERICO J | | Off #: 0234651 |
| Date of Birth: | Sex: M | Facility: KCF |
| Encounter Date: 07/15/2020 11:32 | Provider: Stallman, Timothy [TS4] | Unit: E2 |

MP UNR encounter performed at Clinic.

**SUBJECTIVE:**

    COMPLAINT 1    Provider: Stallman, Timothy [TS4] DO

        Chief Complaint: Musculoskeletal

        Subjective: 45 year old male, medical history of CBP, presents for a symptom and medication review. 3/11/20 MRI LS spine 'mild lumbar DJD, L4-L5 moderate central canal stenosis and bilateral neural foraminal stenosis, moderate sized broad based central disk herniation, L5-S1 small focal central disk herniation with bilateral neural foraminal stenosis. Patient has an EMG scheduled in the near future. Onset of the back pain 9/2019, states he was doing "bend over roll","90 #", states felt something at the time of the injury, 'sharp pain' with radiation to the lower leg. radiating to the right and left. Content of the pain is "up there, an 8 or 10". Better with no know cause, sometime with positioning, had been on relafen, "don't work". Activity at present includes pull ups and dips. Sleep is "terrible" hard to sleep, some nites better than others.

DATE OF EXAM: 09/30/19
FACILITY OF EXAM: OFF-SITE
TYPE OF EXAM: LUMBAR SPINE, SIX VIEWS
FINDINGS: Side bending to the left is present. Mild facet joint arthritic changes are present of the lumbar spine. Loss
of height of the intervertebral disc space at the L5/S1 level represents degenerative disc changes. The vertebral bodies
are normal in size and shape. Marked fecal debris is seen throughout the course of the colon and rectal area to
represent constipation.
IMPRESSION:
1. Mild facet joint arthritic changes of the lumbar spine.
2. Degenerative disc change at the L5/S1 level.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

Exam:
  Abdomen
    Inspection
      Yes: Normal, Flat
  Musculoskeletal
    Other

      MS with normal thoracic AP curve, slightly accentuated lumbar lordosis[sway back], slight forward carriage of the head. Equivocal to positive standing flexion test on the right, negative straight leg raising, subjectively positive

| | | | | |
|---|---|---|---|---|
| Offender Name: THOMPSON, DERICO J | | Sex: M | Off #: | 0234651 |
| Date of Birth: ███ | | Provider: Stallman, Timothy [TS4] | Facility: | KCF |
| Encounter Date: 07/15/2020 11:32 | | | Unit: | E2 |

**Exam:**

FABRE's, pain to palpation of the SI joint and to the lateral margin of the Sacrum. Slight apparent short right leg, compatable with noted foot wear, more noted to the outside of the right foot.

**ASSESSMENT:**

Low back pain, M54.5 - Current, Chronic, Not Improved/Same

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| | DICLOFENAC SODIUM 75 MG TBEC | 07/15/2020 11:32 | 07/15/2020 | 60 | 75 mg By Mouth two times daily PRN x 90 day(s) -- take with food and fluids. |

Indication: Low back pain

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Start Date | Quantity | Prescriber Order |
|---|---|---|---|---|---|
| 51171039 | NABUMETONE 500 MG TABS | 07/15/2020 11:32 | 07/15/2020 | | 500mg By Mouth two times daily as needed x 210 day(s) |

Discontinue Type: Immediate
Discontinue Reason: Provider Discontinued- Inmate Refused
Indication:

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP Follow Up | 09/01/2020 00:00 | Medical Provider 1 |

Follow up, review EMG, symptom and medication. Back pain.

**Disposition:**

Education Provided
Kite PRN
Scheduled

**Other:**

Reviewed the MRI and LS spine x-ray, based on exam and diagnostic findings, doubt surgical entity. Discontinue the relafen, scripted for diflofenac. Await result of the EMG, limited back exercises to stretching only.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/15/2020 | Counseling | Access to Care | Stallman, Timothy | Verbalizes Understanding |

**Co-Pay Required:** No   **Cosign Required:** No
**Telephone/Verbal Order:** No
**Standing Order:** No

Completed by Stallman, Timothy [TS4] DO on 07/15/2020 16:09