## Rivard, Caleb (MDOC)

**From:** Papendick, Keith (MDOC-Contractor)
**Sent:** Wednesday, November 02, 2016 11:57 AM
**To:** Farris, Kim (MDOC)
**Subject:** FW: [redacted]
**Attachments:** NGNOTE

This will be ATPd today since you have not responded to me.

Keith Papendick M.D.
Utilization Management Outpatient Medical Director

Quality Correctional Care of MI, P.C.

Office: [redacted]
Fax: [redacted]
E-mail: Keith.Papendick@Corizonhealth.com
6452 Millenium Drive | Suite 100 | Lansing, Mi. 48917 www.corizonhealth.com

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

-----Original Message-----
From: Papendick, Keith (MDOC-Contractor)
Sent: Monday, October 31, 2016 10:29 AM
To: Farris, Kim (MDOC)
Subject: [redacted]

Is this intratesticular?

1

**Rivard, Caleb (MDOC)**

**From:** Papendick, Keith (MDOC-Contractor)
**Sent:** Sunday, November 13, 2016 6:05 PM
**To:** Farris, Kim (MDOC)
**Subject:** FW:

Cancel or ATP?

-----Original Message-----
From: Papendick, Keith (MDOC-Contractor)
Sent: Thursday, November 03, 2016 9:56 AM
To: Farris, Kim (MDOC)
Subject: RE

We don't do surgery for nonmalignant lesions unless other medical necessity cause by mass.

-----Original Message-----
From: Farris, Kim (MDOC)
Sent: Thursday, November 03, 2016 9:47 AM
To: Papendick, Keith (MDOC-Contractor)
Cc: Cooper, Heather S. (MDOC); Parr-Mirza, Erin (MDOC)
Subject: RE:

Anything other than a possible hydrocele/ spematocele ; I cannot differentiate further based solely on the physical assessment.

-----Original Message-----
From: Papendick, Keith (MDOC-Contractor)
Sent: Wednesday, November 02, 2016 8:14 PM
To: Farris, Kim (MDOC)
Subject: RE:

What are you looking for?

-----Original Message-----
From: Farris, Kim (MDOC)
Sent: Wednesday, November 02, 2016 12:16 PM
To: Papendick, Keith (MDOC-Contractor)
Subject: RE:

Initially I did not see the very bottom of your email so I missed your question. No it was not intratesticular but I could not distinguish the bottom of the cyst.

-----Original Message-----
From: Papendick, Keith (MDOC-Contractor)
Sent: Wednesday, November 02, 2016 11:57 AM
To: Farris, Kim (MDOC)
Subject: FW:
Importance: High

1

**Rivard, Caleb (MDOC)**

| | |
|---|---|
| **From:** | Papendick, Keith (MDOC-Contractor) |
| **Sent:** | Tuesday, November 15, 2016 8:04 AM |
| **To:** | Farris, Kim (MDOC) |
| **Subject:** | FW: ▮▮▮▮▮ |
| **Attachments:** | NGNOTE |

I have emailed you numerous times. A pea sized lesion that is not intratesticular is not considered cancerous nor will it be approved for consult or surgery unless medical necessity is met. I am assuming you want me to ATP this rather than you cancelling it.

Keith Papendick M.D.
Utilization Management Outpatient Medical Director

Quality Correctional Care of MI, P.C.

Office: ▮▮▮▮▮
Fax: ▮▮▮▮▮
E-mail: Keith.Papendick@Corizonhealth.com
6452 Millenium Drive | Suite 100 | Lansing, Mi. 48917 www.corizonhealth.com

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

-----Original Message-----
From: Papendick, Keith (MDOC-Contractor)
Sent: Tuesday, November 15, 2016 8:00 AM
To: Farris, Kim (MDOC)
Subject: ▮▮▮▮▮

Please call at ▮▮▮▮▮

1