UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DERICO THOMPSON #234651,

      Plaintiff,                                  Case No. 2:20−cv−158

v.                                          Hon. Robert J. Jonker

CORIZON, INC., et al.,

      Defendants.
_____/

**ORDER REJECTING PLEADING**

      The Court has examined the following document(s) received June 28, 2022 and orders the Clerk to reject the Objections to Report and Recommendation and return the document(s) to Derico Thompson for the reason(s) noted below:

      Derico Thompson is represented by counsel. All filings should be submitted to this Court through Derico Thompson's counsel.

      IT IS SO ORDERED.

Dated:  June 30, 2022                        /s/ Maarten Vermaat
                                                      MAARTEN VERMAAT
                                                        U.S. Magistrate Judge