UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DERICO THOMPSON #234651,

        Plaintiff,                Case No. 2:20–cv–158

   v.                         Hon. Robert J. Jonker

CORIZON, INC.,

        Defendant.

_____/

# **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Settlement Conference |
| Date/Time: | March 1, 2023   09:30 AM *(previously set for 2/27/2023)* |
| Magistrate Judge: | Maarten Vermaat |
| Place/Location: | by video |

*The parties will use the same Zoom link already provided. All other deadlines and hearings in the Amended Case Management Order (ECF No. 68) remain in place.*

                                MAARTEN VERMAAT
                                U.S. Magistrate Judge

Dated:  February 6, 2023     By:   /s/ C. A. Moore_____
                                  Courtroom Deputy