UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DERICO THOMPSON #234651,

      Plaintiff,                       Case No. 2:20–cv–158

      v.                               Hon. Robert J. Jonker

CORIZON, INC.,

      Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

    The Status Conference set in this matter for **March 21, 2023** is hereby **CANCELLED.**

                                          U.S. Magistrate Judge

Dated:  March 20, 2023       By:   /s/ D. C. Brown_____
                                                Deputy Clerk